UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins, et al,

    Plaintiffs,

v.

Kathleen M. Dennehy, et al,

    Defendants.

Civil Action
No. 05-11230-DPW

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes the plaintiff, Tony B. Gaskins, respectfully moves this Court for leave to proceed in Forma Pauperis. The plaintiff contends that he is unable to pay the required court costs and filing fees and ask to proceed without prepayment of costs. In support of this motion, plaintiff has attached a six month printout of his prison account.

                                              Respectfully Submitted,

                                              Tony B. Gaskins, pro se
                                              MCI-Cedar Junction
                                              P.O. Box 100
                                              South Walpole, Ma. 02071

Dated: 5/31/05

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050531 07:56

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | W52145 | | MCI CEDAR JUNCTION | | |
| Name : | GASKINS, TONY, , | | Statement From | 20041201 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050531 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 143 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $22,372.91 | $22,347.82 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772617 | | CJ | ~Canteen Date : 20041206 | $0.00 | $7.23 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773678 | | CJ | ~CANNOT READ NAME | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:49 | MA - Maintenance and Administration | 3773679 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773682 | | CJ | ~CANNOT READ NAME | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:55 | ML - Mail | 3773757 | | CJ | ~JOAN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781492 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041208 08:32 | ML - Mail | 3794865 | 0759555605 2/M.O. | CJ | ~C. JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823299 | | CJ | ~Canteen Date : 20041213 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041214 08:26 | EX - External Disbursement | 3824815 | 32939 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041214 09:02 | ML - Mail | 3825315 | | CJ | ~NO NAME GIVEN | $29.00 | $0.00 | $0.00 | $0.00 |
| 20041214 10:44 | IC - Transfer from Inmate to Club A/c | 3826266 | | CJ | ~AM/FM RADIO W/HEADPHONES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20041216 09:31 | ML - Mail | 3843015 | | CJ | ~ROSE LOCKWOOD | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858059 | | CJ | ~Canteen Date : 20041220 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20041222 11:21 | EX - External Disbursement | 3866487 | 33018 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3890326 | | CJ | ~Canteen Date : 20041227 | $0.00 | $3.57 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921774 | | CJ | ~Canteen Date : 20050103 | $0.00 | $5.32 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956917 | | CJ | ~Canteen Date : 20050110 | $0.00 | $3.05 | $0.00 | $0.00 |
| 20050112 09:00 | EX - External Disbursement | 3964449 | 33275 | CJ | ~KATRINA GASKINS | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050112 09:00 | MA - Maintenance and Administration | 3964450 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982580 | | CJ | | $0.31 | $0.00 | $0.00 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001173 | | CJ | ~Canteen Date : 20050117 | $0.00 | $1.37 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030541 | | CJ | ~Canteen Date : 20050124 | $0.00 | $2.56 | $0.00 | $0.00 |
| 20050131 11:38 | EX - External Disbursement | 4059369 | 33469 | CJ | ~TIFFANY BROWN | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060854 | | CJ | ~Canteen Date : 20050131 | $0.00 | $4.49 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066026 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066027 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050202 10:35 | IC - Transfer from Inmate to Club A/c | 4072046 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050202 11:24 | IC - Transfer from Inmate to Club A/c | 4072357 | | CJ | ~NOTARIZED DOCUMENTS~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $2.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050531 07:56

Page: 2

| Commit#: | W52145 | | | MCI CEDAR JUNCTION | | | | |
| Name: | GASKINS, TONY,, | | | Statement From | 20041201 | | | |
| Inst: | MCI CEDAR JUNCTION | | | To | 20050531 | | | |
| Block: | DEPARTMENT DISCIPLINARY UNIT | | | | | | | |
| Cell/Bed: | 143 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050207 22:30 | CN - Canteen | 4096631 | | CJ | ~Canteen Date : 20050207 | $0.00 | $1.92 | $0.00 | $0.00 |
| 20050209 12:50 | IC - Transfer from Inmate to Club A/c | 4106276 | | CJ | ~SOCKS,SHOWER SHOES~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $4.95 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111663 | | CJ | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050214 13:13 | IC - Transfer from Inmate to Club A/c | 4144327 | | CJ | ~DDU HEARING TAPE PER INMATE REQUEST~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145887 | | CJ | ~Canteen Date : 20050214 | $0.00 | $7.56 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175272 | | CJ | ~Canteen Date : 20050221 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20050224 10:18 | EX - External Disbursement | 4194952 | 33777 | CJ | ~K AND A MAIL ORDER SERVICE | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050224 10:18 | MA - Maintenance and Administration | 4194953 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050224 11:43 | IC - Transfer from Inmate to Club A/c | 4195116 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $10.22 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240516 | | CJ | ~Canteen Date : 20050307 | $0.00 | $2.74 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273250 | | CJ | ~Canteen Date : 20050314 | $0.00 | $6.06 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282771 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4321004 | | CJ | ~Canteen Date : 20050321 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20050322 08:16 | ML - Mail | 4323119 | | CJ | ~DIANE MURPHY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050322 08:16 | MA - Maintenance and Administration | 4323121 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050523 08:48 | EX - External Disbursement | 4328686 | 34083 | CJ | ~SURROGATE SISTERS | $0.00 | $12.00 | $0.00 | $0.00 |
| 20050325 13:08 | IC - Transfer from Inmate to Club A/c | 4347568 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.49 | $0.00 | $0.00 |
| 20050329 14:40 | IC - Transfer from Inmate to Club A/c | 4356773 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050329 14:40 | IC - Transfer from Inmate to Club A/c | 4356780 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387373 | | CJ | ~Canteen Date : 20050404 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050405 10:19 | IC - Transfer from Inmate to Club A/c | 4391523 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20050405 10:19 | IC - Transfer from Inmate to Club A/c | 4391525 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.48 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422726 | | CJ | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050427 08:24 | ML - Mail | 4509223 | 0801341047 1/M.O. | CJ | ~K. GASKINS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050427 08:24 | MA - Maintenance and Administration | 4509226 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050427 08:29 | ML - Mail | 4509274 | | CJ | ~MASTER CURTIS BOYD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050427 08:34 | ML - Mail | 4509324 | | CJ | ~LINDA JOHN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536225 | | CJ | ~Canteen Date : 20050502 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050505 10:45 | EX - External Disbursement | 4559636 | 34518 | CJ | ~BANKNORTH MASSACHUSETTS | $0.00 | $90.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050531 07:56

| Commit# : | W52145 | | | MCI CEDAR JUNCTION | | Page: 3 |
| --- | --- | --- | --- | --- | --- | --- |
| Name : | GASKINS, TONY, , | | Statement From | 20041201 | | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050531 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | |
| Cell/Bed : | 143 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20050505 10:45 | MA - Maintenance and Administration | 4559638 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573840 | | CJ | ~Canteen Date : 20050509 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050510 11:09 | IC - Transfer from Inmate to Club A/c | 4577868 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589149 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050516 08:26 | EX - External Disbursement | 4619895 | 34646 | CJ | ~CFF #05-10858~CLERK, U.S. DISTRICT COURT | $0.00 | $21.32 | $0.00 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4624142 | | CJ | ~Canteen Date : 20050516 | $0.00 | $3.70 | $0.00 | $0.00 |
| | | | | | | $404.85 | $427.30 | $0.00 | $0.00 |

| | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $2.64 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $2.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |