UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins, et al,

    Plaintiffs,

v.

Kathleen M. Dennehy, et al,

    Defendants.

Civil Action No.

**05-11230 DPW**

### MOTION TO APPOINT COUNSEL

Now comes the plaintiffs in the above-captioned matter respectfully moves this Court to appoint them counsel in this matter. The plaintiffs contends that they have meritorious issues that are complex and can effectively be represented to this court by an experienced attorney.

Wherefore, the plaintiffs prays that this Court allows this motion.

                        Respectfully submitted,

                        Tony B. Gaskins, pro se
                        MCI-Cedar Junction
                        P.O. Box 100
                        South Walpole, Ma. 02071

Dated: 5/31/05