```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

TONY B. GASKINS, ET AL.,        )
         Plaintiffs,            )
                                )
     v.                         )    C.A. NO. 05-11230-DPW
                                )
KATHLEEN DENNEHY, ET AL.,       )
         Defendants.            )
```

ORDER FOR RE-ASSIGNMENT OF CASE TO DISTRICT JUDGE TAURO

On June 6, 2005 Plaintiffs filed a civil rights action alleging, inter alia, the denial of law library access at MCI Cedar Junction.

Upon review of the pleadings and dockets of this Court, it appears Plaintiff Gaskins and others have pending before Judge Tauro a related action, assigned as <u>Gaskins v. Nolan, et al.</u>, C.A. 05-11630-JLT.  Plaintiffs failed to file a civil action cover sheet noting the related case.

In accordance with Local Rule 40.1(e)(1)[1], it is hereby ORDERED that this action is RE-ASSIGNED to Judge Joseph L. Tauro, and the clerk shall make the appropriate revisions to the docket.

---

[1] Local Rule 40.1(e) provides:

   Related Civil Cases.
   (1)  For purposes of this rule, a civil case is related to one previously filed in this court if some or all of the parties are the same and if one or more of the following circumstances also exists:  the cases involve the same or similar claims or defenses; or the same property, transaction or event; or the same patent, copyright or trademark; or substantially the same questions of fact and law.  This rule shall not apply if more than two (2) years have elapsed since the closing of the previous action.

All future filings in this action shall indicate the case number as C.A. 05-11230-JLT.

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2005