⬛AO 240 (Rev. 10/03)

`:5 cv 11230-JLT`

# UNITED STATES DISTRICT COURT

**District of** _____

_____
Plaintiff

V.

_____
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Jeffrey M. Hardy__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __M.C.I. Cedar Junction Walpole Mass (D.D.U.)__

    Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends             ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
    d. Disability or workers compensation payments      ☐ Yes   ☒ No
    e. Gifts or inheritances                            ☒ Yes   ☐ No
    f. Any other sources                                ☐ Yes   ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    I received $50.00 on 1/31/05 and $75.00 on 3/17/05

    Both were Gifts from Family.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount. $ 8.52 (eight dollars, fifty two cents)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

7/6/05
_____
Date

Jeffrey Hardy
_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050706 10:52

Page: 1

| Commit# : | W57408 | | | | MCI CEDAR JUNCTION | | | | |
| Name : | HARDY, JEFFREY, , | | | Statement From | 20050130 | | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050706 | | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | | |
| Cell/Bed : | CJ- 140 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $1,610.60 | $1,606.02 | $0.00 | $0.00 |
| 20050131 08:21 | ML - Mail | 4057757 | | CJ | ~GABRIELLE SCHIAVO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050131 08:21 | MA - Maintenance and Administration | 4057758 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060820 | | CJ | ~Canteen Date : 20050131 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111009 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282119 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050317 09:49 | ML - Mail | 4309055 | | CJ | | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050317 09:49 | MA - Maintenance and Administration | 4309056 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050406 10:02 | EX - External Disbursement | 4397102 | 34235 | CJ | ~DEBORAH HARDY | $0.00 | $65.00 | $0.00 | $0.00 |
| 20050406 10:02 | MA - Maintenance and Administration | 4397104 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422084 | | CJ | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20050420 12:13 | EX - External Disbursement | 4481453 | 34380 | CJ | ~DEBORAH HARDY | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4588515 | | CJ | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4750380 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| | | | | | | $125.64 | $121.70 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $8.52 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $8.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |