DATE: 7-6-05

Dear: Clerk

I am sorry that I had forget to send you my print out in my first letter on 7-5-05 hear is my print out. Think you

Thanks for your time
Very Truly yours
Prince Wiggles

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20050629 08:45

Page: 1

| Commit# : | W64524 | | | MCI CEDAR JUNCTION | | | | |
| Name : | MOSES, PRINCE, , | | Statement From | 20050101 | | | | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050629 | | | | |
| Block : | A 3 | | | | | | | |
| Cell/Bed : | 59 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,200.58 | $3,195.48 | $26.06 | $26.06 |
| 20050111 08:08 | ML - Mail | 3958104 | | CJ | ~E. PETERSON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050111 08:08 | MA - Maintenance and Administration | 3958105 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980376 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4000025 | | CJ | ~Canteen Date : 20050117 | $0.00 | $20.01 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096779 | | CJ | ~Canteen Date : 20050207 | $0.00 | $4.14 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109517 | | CJ | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050225 09:18 | ML - Mail | 4199208 | 028 | CJ | ~PAUL MASSEL | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050225 09:18 | MA - Maintenance and Administration | 4199210 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273364 | | CJ | ~Canteen Date : 20050314 | $0.00 | $49.70 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280655 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4321132 | | CJ | ~Canteen Date : 20050321 | $0.00 | $29.49 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352841 | | CJ | ~Canteen Date : 20050328 | $0.00 | $2.18 | $0.00 | $0.00 |
| 20050401 08:13 | ML - Mail | 4376622 | | CJ | ~LORIE SIMMONDS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050401 08:13 | MA - Maintenance and Administration | 4376624 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387245 | | CJ | ~Canteen Date : 20050404 | $0.00 | $16.90 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420640 | | CJ | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439613 | | CJ | ~Canteen Date : 20050411 | $0.00 | $19.93 | $0.00 | $0.00 |
| 20050418 22:30 | CN - Canteen | 4470435 | | CJ | ~Canteen Date : 20050418 | $0.00 | $4.59 | $0.00 | $0.00 |
| 20050427 23:03 | PY - Payroll | 4516072 | | CJ | ~20050410 To 20050416 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050504 23:05 | PY - Payroll | 4552417 | | CJ | ~20050417 To 20050423 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050506 08:50 | ML - Mail | 4565262 | 558 | CJ | ~JEAN ANDREWS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050506 08:50 | MA - Maintenance and Administration | 4565265 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573960 | | CJ | ~Canteen Date : 20050509 | $0.00 | $11.14 | $0.00 | $0.00 |
| 20050511 09:35 | CI - Transfer from Club to Inmate A/c | 4583007 | | CJ | ~CNTN REFUND (5/9 ORDER)~W64524 MOSES,PRINCE PERSONAL~KCN WASH ACCOUNT - Z5 | $2.94 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587085 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050511 23:05 | PY - Payroll | 4604742 | | CJ | ~20050424 To 20050430 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050516 08:59 | ML - Mail | 4620228 | | CJ | ~CHARLENE HUDSON | $45.00 | $0.00 | $0.00 | $0.00 |
| 20050516 09:50 | ML - Mail | 4621411 | 029 | CJ | ~PAUL MASSEL | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4624250 | | CJ | ~Canteen Date : 20050516 | $0.00 | $34.40 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050629 08:45

| | | | Page: 2 |
|---|---|---|---|
| Commit# : | W64524 | MCI CEDAR JUNCTION | |
| Name : | MOSES, PRINCE, , | Statement From 20050101 | |
| Inst : | MCI CEDAR JUNCTION | To 20050629 | |
| Block : | A 3 | | |
| Cell/Bed : | 59 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050518 23:05 | PY - Payroll | 4639125 | | CJ | ~20050501 To 20050507 | $24.50 | $0.00 | $0.00 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655829 | | CJ | ~Canteen Date : 20050523 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050525 23:08 | PY - Payroll | 4670754 | | CJ | ~20050508 To 20050514 | $34.50 | $0.00 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4684454 | | CJ | ~Canteen Date : 20050527 | $0.00 | $45.51 | $0.00 | $0.00 |
| 20050531 10:43 | IC - Transfer from Inmate to Club A/c | 4687719 | | CJ | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050606 22:30 | CN - Canteen | 4722331 | | CJ | ~Canteen Date : 20050606 | $0.00 | $46.33 | $0.00 | $0.00 |
| 20050608 23:04 | PY - Payroll | 4739261 | | CJ | ~20050522 To 20050528 | $28.50 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4748979 | | CJ | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050610 13:26 | CI - Transfer from Club to Inmate A/c | 4767562 | | CJ | ~CTN CREDIT 5/23/05 ORDER~W64524 MOSES,PRINCE PERSONAL~KCN WASH ACCOUNT - Z5 | $1.88 | $0.00 | $0.00 | $0.00 |
| 20050613 22:30 | CN - Canteen | 4774129 | | CJ | ~Canteen Date : 20050613 | $0.00 | $8.25 | $0.00 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4789241 | | CJ | ~20050529 To 20050604 | $27.00 | $0.00 | $0.00 | $0.00 |
| 20050620 22:30 | CN - Canteen | 4807030 | | CJ | ~Canteen Date : 20050620 | $0.00 | $45.49 | $0.00 | $0.00 |
| 20050622 23:10 | PY - Payroll | 4822273 | | CJ | ~20050605 To 20050611 | $36.00 | $0.00 | $0.00 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4839318 | | CJ | ~Canteen Date : 20050627 | $0.00 | $49.10 | $0.00 | $0.00 |
| | | | | | | $553.33 | $442.66 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $115.77 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $115.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |