AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

**TONY B. GASKINS, ET AL.,**
Plaintiff

V.

**KATHLEEN DENNEHY, ET AL.,**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **C.A. 05-11230-JLT**

I, **ZAKARIYA I-BUSH**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **MCI CEDAR JUNCTION AT WALPOLE**

   Are you employed at the institution? **NO**  Do you receive any payment from the institution? **NO**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  **N/A**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☒ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

TWENTY-FIVE DOLLARS ($25.00) FROM BROTHER FOR STAMPS. DO NOT KNOW WHEN I WILL RECIEVE MORE MONEY FROM HIM.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE.

I declare under penalty of perjury that the above information is true and correct.

7/3/05
Date

Zakariya Ibrahim-Bush
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050711 12:45

| Commit# : | W57052 | | | MCI CEDAR JUNCTION | | | Page: 1 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | IBRAHIM-BUSH, ZAKARIYA, F, | | | Statement From | 20050101 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050711 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | |
| Cell/Bed : | 281 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Transaction before this Period : | | $286.54 | $239.71 | $0.00 | $0.00 |
| 20050107 10:29 | IC - Transfer from Inmate to Club A/c | 3949923 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.80 | $0.00 | $0.00 |
| 20050110 08:45 | ML - Mail | 3952975 | 95 | CJ | ~ANTHONY BUSH | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050110 08:45 | MA - Maintenance and Administration | 3952977 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956969 | | CJ | ~Canteen Date : 20050110 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981971 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050127 11:12 | EX - External Disbursement | 4050131 | 33409 | CJ | ~AL JUMUAH MAGAZINE | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111060 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145943 | | CJ | ~Canteen Date : 20050214 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282169 | | CJ | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20050330 08:33 | ML - Mail | 4359937 | 601 | CJ | ~MOZELLA MONTOUTE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050330 08:33 | MA - Maintenance and Administration | 4359940 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422133 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439535 | | CJ | ~Canteen Date : 20050411 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050506 11:59 | IC - Transfer from Inmate to Club A/c | 4566511 | | CJ | ~KUFI/PRAYER CAP - BLACK; MISWAK/TOOTHSTICK; MUSK OIL - MADINA~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $10.17 | $0.00 | $0.00 |
| 20050510 08:25 | ML - Mail | 4575922 | | CJ | ~F.V. JR | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050510 08:25 | MA - Maintenance and Administration | 4575925 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050510 08:26 | ML - Mail | 4575930 | | CJ | ~FRANK V. | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4588561 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4750426 | | CJ | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20050613 22:30 | CN - Canteen | 4774051 | | CJ | ~Canteen Date : 20050613 | $0.00 | $7.40 | $0.00 | $0.00 |
| | | | | | | $95.66 | $83.27 | $0.00 | $0.00 |

| | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $59.22 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $59.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |