AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

### District of

Tony B. Gaskins, et al.,
             Plaintiff

V.

Kathleen Dennehy, et al.,
             Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-11230-JLT

I, Derick Tyler _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   MCI Cedar Junction (Walpole)

    Are you employed at the institution?  No   Do you receive any payment from the institution?  No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment      ☐ Yes     ☒ No
    b. Rent payments, interest or dividends               ☐ Yes     ☒ No
    c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No
    d. Disability or workers compensation payments        ☐ Yes     ☒ No
    e. Gifts or inheritances                              ☐ Yes     ☒ No
    f. Any other sources                                  ☐ Yes     ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_7/12/05_____  _Derick Tyler / Derick Tyler_____
      Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date: 20050718 09:20

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | W48132 | | | MCI CEDAR JUNCTION | |
| Name : | TYLER, DERRICK, , | | Statement From | 20050101 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050718 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 275 / A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,249.32 | $2,940.15 | $391.88 | $320.00 |
| 20050103 22:30 | CN - Canteen | 3921750 | | CJ | ~Canteen Date : 20050103 | $0.00 | $5.23 | $0.00 | $0.00 |
| 20050105 10:46 | EX - External Disbursement | 3930793 | 33177 | CJ | ~RONDA SPAIN | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050105 10:46 | MA - Maintenance and Administration | 3930794 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050107 09:41 | EX - External Disbursement | 3949518 | 33189 | CJ | ~RELIANCE COLOR LABS INC. | $0.00 | $9.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956893 | | CJ | ~Canteen Date : 20050110 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982967 | | CJ | | $0.92 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982968 | | CJ | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001147 | | CJ | ~Canteen Date : 20050117 | $0.00 | $2.49 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030519 | | CJ | ~Canteen Date : 20050124 | $0.00 | $0.36 | $0.00 | $0.00 |
| 20050125 09:37 | EX - External Disbursement | 4032084 | 33378 | CJ | ~HOT GIRLZ INC. | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060764 | | CJ | ~Canteen Date : 20050131 | $0.00 | $0.99 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096863 | | CJ | ~Canteen Date : 20050207 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112043 | | CJ | | $0.65 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112044 | | CJ | | $0.00 | $0.00 | $0.19 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145867 | | CJ | ~Canteen Date : 20050214 | $0.00 | $12.63 | $0.00 | $0.00 |
| 20050216 09:05 | EX - External Disbursement | 4153546 | 33671 | CJ | ~DENISE BRAXTON | $0.00 | $160.00 | $0.00 | $0.00 |
| 20050216 09:05 | MA - Maintenance and Administration | 4153547 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175250 | | CJ | ~Canteen Date : 20050221 | $0.00 | $2.16 | $0.00 | $0.00 |
| 20050223 08:27 | ML - Mail | 4182232 | | CJ | ~SHAWN DRUMGOLD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050224 11:44 | IC - Transfer from Inmate to Club A/c | 4195118 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050224 11:45 | IC - Transfer from Inmate to Club A/c | 4195119 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4206001 | | CJ | ~Canteen Date : 20050228 | $0.00 | $3.01 | $0.00 | $0.00 |
| 20050304 08:13 | ML - Mail | 4231483 | | CJ | ~CAROL FOREMAN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050304 08:13 | MA - Maintenance and Administration | 4231484 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240748 | | CJ | ~Canteen Date : 20050307 | $0.00 | $2.88 | $0.00 | $0.00 |
| 20050308 11:23 | EX - External Disbursement | 4244274 | 33901 | CJ | ~DERICK TYLER | $0.00 | $75.00 | $0.00 | $0.00 |
| 20050311 11:55 | IC - Transfer from Inmate to Club A/c | 4268028 | | CJ | ~CASIO WATCH BATTERY~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $1.64 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273482 | | CJ | ~Canteen Date : 20050314 | $0.00 | $3.32 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4283130 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050718 09:20

| | | | |
|---|---|---|---|
| Commit# : | W48332 | MCI CEDAR JUNCTION | Page : 2 |
| Name : | TYLER, DERRICK, , | Statement From 20050101 | |
| Inst : | MCI CEDAR JUNCTION | To 20050718 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | |
| Cell/Bed : | 275 / A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050315 16:53 | IS - Interest | 4283131 | | CJ | | $0.00 | $0.00 | $0.20 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4320984 | | CJ | ~Canteen Date : 20050321 | $0.00 | $3.12 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352685 | | CJ | ~Canteen Date : 20050328 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387353 | | CJ | ~Canteen Date : 20050404 | $0.00 | $8.67 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423086 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423087 | | CJ | | $0.00 | $0.00 | $0.23 | $0.00 |
| 20050411 09:39 | CI - Transfer from Club to Inmate A/c | 4436650 | | CJ | ~CNTN REFUND (4/4 ORDER)~W48332 TYLER,DERRICK PERSONAL~KCN WASH ACCOUNT - Z5 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439459 | | CJ | ~Canteen Date : 20050411 | $0.00 | $0.21 | $0.00 | $0.00 |
| 20050412 08:44 | ML - Mail | 4441957 | | CJ | ~PATRICK CAHILL | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050412 08:44 | MA - Maintenance and Administration | 4441959 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050415 09:45 | IC - Transfer from Inmate to Club A/c | 4466509 | | CJ | ~WATCH BAND~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $8.95 | $0.00 | $0.00 |
| 20050415 10:05 | IC - Transfer from Inmate to Club A/c | 4466608 | | CJ | ~7156 BATTERY~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $1.64 | $0.00 | $0.00 |
| 20050415 15:31 | AT - Account Transfer | 4467791 | | CJ | ~AUTO. TRANS/ADDED TO LIFERS LIST~W48332 TYLER,DERRICK PERSONAL | $72.68 | $0.00 | $0.00 | $72.68 |
| 20050415 15:32 | ST - Superintendent Act Transfer | 4467797 | | CJ | ~W48332 TYLER,DERRICK PERSONAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050418 22:30 | CN - Canteen | 4470293 | | CJ | ~Canteen Date : 20050418 | $0.00 | $1.09 | $0.00 | $0.00 |
| 20050421 09:14 | ML - Mail | 4491373 | 07272929395/M.O. | CJ | ~DEBBIE RHODES | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050421 09:22 | ML - Mail | 4491485 | | CJ | ~CAROL FOREMAN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502387 | | CJ | ~Canteen Date : 20050425 | $0.00 | $19.93 | $0.00 | $0.00 |
| 20050426 09:50 | ML - Mail | 4505021 | | CJ | ~SHAWN D. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050428 10:48 | IC - Transfer from Inmate to Club A/c | 4522368 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050429 09:59 | EX - External Disbursement | 4527290 | 34478 | CJ | ~DENISE BRAXTON | $0.00 | $150.00 | $0.00 | $0.00 |
| 20050502 09:09 | EX - External Disbursement | 4531145 | 34489 | CJ | ~DENISE BRAXTON | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050502 09:09 | MA - Maintenance and Administration | 4531147 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536461 | | CJ | ~Canteen Date : 20050502 | $0.00 | $14.56 | $0.00 | $0.00 |
| 20050505 14:04 | IC - Transfer from Inmate to Club A/c | 4560669 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.13 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589499 | | CJ | | $0.38 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589500 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050512 12:44 | IC - Transfer from Inmate to Club A/c | 4611360 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050718 09:20

| | | | | | | | | | Page: 3 |
|---|---|---|---|---|---|---|---|---|---|

| Commit# : | W48332 | | | | MCI CEDAR JUNCTION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | TYLER, DERRICK, , | | | | Statement From | 20050101 | | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20050718 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | | |
| Cell/Bed : | 275 A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050516 08:46 | ML - Mail | 4620067 | 53893780897/M.O. | CJ | ~MAGNOLIA CROSS | $150.00 | $0.00 | $0.00 | $0.00 |
| 20050516 11:29 | EX - External Disbursement | 4622190 | 34645 | CJ | ~DENISE BRAXTON | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050524 09:15 | EX - External Disbursement | 4658022 | 34769 | CJ | ~DENISE BRAXTON | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050525 10:41 | ML - Mail | 4664050 | | CJ | ~CAROL FOREMAN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050601 11:32 | EX - External Disbursement | 4694576 | 34865 | CJ | ~MO MUICE ENTERTAINMENT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050601 11:32 | MA - Maintenance and Administration | 4694578 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050603 08:27 | VC - Voided Check | 4712102 | 34769 | CJ | ~DENISE BRAXTON | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050603 11:44 | EX - External Disbursement | 4713973 | 34897 | CJ | ~DENISE BRAXTON | $0.00 | $150.00 | $0.00 | $0.00 |
| 20050607 11:32 | EX - External Disbursement | 4726570 | 34916 | CJ | ~MILLER'S FANTASIES PHOTOS | $0.00 | $21.00 | $0.00 | $0.00 |
| 20050608 08:33 | ML - Mail | 4730876 | | CJ | ~NO NAME GIVEN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4751348 | | CJ | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20050620 22:30 | CN - Canteen | 4806898 | | CJ | ~Canteen Date : 20050620 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050624 08:34 | EX - External Disbursement | 4832344 | 35050 | CJ | ~SUFFOLK SUPERIOR COURT CIVIL CLERK | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050628 08:30 | IC - Transfer from Inmate to Club A/c | 4841217 | | CJ | ~SOMALI ROSE OIL; PRAYER BEADS, MEDIUM, BROWN~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $8.18 | $0.00 | $0.00 |
| 20050629 08:12 | ML - Mail | 4845969 | | CJ | ~SHAWN DRUMGOLD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050708 08:22 | ML - Mail | 4901657 | | CJ | ~SHAWN DRUMGOLD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050708 08:22 | MA - Maintenance and Administration | 4901659 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4926682 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| | | | | | | $899.60 | $1,092.57 | $0.80 | $72.68 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $116.20 | $0.00 |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $116.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |