AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_For the_ _____ District of ___MASSACHUSETTS___

TONY B. GASKINS, ET AL.
Plaintiff

V.

KATHLEEN DENNEHY, ET AL.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-CV-11230-JLT

I, ___Carl B. Odware___ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___M.C.I. Cedar Junction At Walpole___

   Are you employed at the institution? ___NO___ Do you receive any payment from the institution? ___NO___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. ___N/A___

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☑ No
   b. Rent payments, interest or dividends              ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
   d. Disability or workers compensation payments       ☐ Yes     ☑ No
   e. Gifts or inheritances                             ☑ Yes     ☐ No
   f. Any other sources                                 ☐ Yes     ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

IN Q#3(E) I Receive Money From My Mom & My Aunt... From time to time For canteen.

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. 603.94 in My Account (Prison Account)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   At least once a year, for the Holiday & B-Day My Daughter Ariana Prevost.

I declare under penalty of perjury that the above information is true and correct.

7/20/05
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050718 09:09

| | | | | | | Page: | 2 |

| Commit# : | W61196 | | MCI CEDAR JUNCTION | |
|---|---|---|---|---|
| Name : | ODWARE, CARL, , | Statement From | 20050101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050718 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 232 / A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050712 08:33 | MA - Maintenance and Administration | 4912727 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4924976 | | CJ | | $2.02 | $0.00 | $0.00 | $0.00 |
| | | | | | | $321.63 | $306.40 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $603.94 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $603.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050718 09:09

| Commit# : | W61096 | | | | MCI CEDAR JUNCTION | | | Page : | 1 |
| Name : | ODWARE, CARL, , | | | | Statement From | 20050101 | | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20050718 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | | |
| Cell/Bed : | 232 / A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,651.17 | $1,062.46 | $25.50 | $25.50 |
| 20050113 17:06 | IS - Interest | 3981046 | | CJ | | $1.46 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110175 | | CJ | | $1.62 | $0.00 | $0.00 | $0.00 |
| 20050210 08:33 | ML - Mail | 4132405 | | CJ | ~LOUISE DUNN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050210 08:33 | MA - Maintenance and Administration | 4132406 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050214 13:55 | EX - External Disbursement | 4144609 | 33629 | CJ | ~MAGAZINE~AMERICAN CURVES | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4174094 | | CJ | ~Canteen Date : 20050221 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4204879 | | CJ | ~Canteen Date : 20050228 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050302 11:23 | EX - External Disbursement | 4214500 | 33814 | CJ | ~NICOLE LEAVITTS | $0.00 | $125.00 | $0.00 | $0.00 |
| 20050302 11:23 | MA - Maintenance and Administration | 4214501 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240608 | | CJ | ~Canteen Date : 20050307 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273342 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281313 | | CJ | | $1.65 | $0.00 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352807 | | CJ | ~Canteen Date : 20050328 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050329 08:18 | ML - Mail | 4355003 | | CJ | ~LOUISE DUNN | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387215 | | CJ | ~Canteen Date : 20050404 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421289 | | CJ | | $1.42 | $0.00 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502273 | | CJ | ~Canteen Date : 20050425 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050429 09:41 | ML - Mail | 4527208 | 0801074188 1/M.O. | CJ | ~ZACK ALLEN | $120.00 | $0.00 | $0.00 | $0.00 |
| 20050429 09:41 | MA - Maintenance and Administration | 4527211 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536319 | | CJ | ~Canteen Date : 20050502 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587731 | | CJ | | $1.49 | $0.00 | $0.00 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655805 | | CJ | ~Canteen Date : 20050523 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4684420 | | CJ | ~Canteen Date : 20050527 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050531 08:29 | ML - Mail | 4686059 | | CJ | ~LOUISE DUNN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050531 08:29 | MA - Maintenance and Administration | 4686061 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050606 22:30 | CN - Canteen | 4722295 | | CJ | ~Canteen Date : 20050606 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4749616 | | CJ | | $1.97 | $0.00 | $0.00 | $0.00 |
| 20050621 08:48 | ML - Mail | 4809009 | | CJ | ~ANNIE KING | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050621 08:48 | MA - Maintenance and Administration | 4809011 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050712 08:33 | ML - Mail | 4912725 | | CJ | ~ANNIE KING | $50.00 | $0.00 | $0.00 | $0.00 |