United States District Court
For The
District of Massachusetts

Tony B Gaskins et.al                           C.A. No. 05-11230-JLT

V.

Kathleen Dennehy et.al
Defendants

## Plaintiff's Motion To Proceed By Informa Pauperis Verified

Now comes Plaintiffs Mac Hudson and Remaining Plaintiffs, who respectfully moves this Honorable Court to waive filing fees and permit them to proceed by Informa Pauperis for the following Reasons:

1. Plaintiffs are unable to pay filing fees or make partial payment without depriving themselves of the basic necessities of life i.e. cosmetics, clothing, supplies. See statement of prison account and waiver of fees/affidavit of indigency attached hereto.

2. The Informa Pauperis permits this Court to take into account Plaintiff's overall confinement conditions such as those enlisted in para. 1. That strains Plaintiffs ability to pay in full or make partial payment. <u>Adkins v. E.I Dupont de Nemours & Co.</u> 335 U.S. 331, 339 (1948) (Litigants need not give

2. Their "last dollar and thus make themselves and their dependants wholly destitute" to proceed via Informa Pauperis); Accord, Souder v. McGuire, 516 F.2d 820, 824 (3rd Cir. 1975); ("[W]e do not think that prisoners must totally deprive themselves of these small amenities of life which they are permitted to acquire in prison or mental hospital beyond food, clothing, and lodging). Ferguson v. Dier-Zimmel, 809 F. Supp 668, 669 (E.D. Wisc. 1992) (granting IFP status to a plaintiff with $210. in his account).

3. See also, Ayres v. Eggers, 145 F.R.D. 99, 101 (D Neb. 1992) Wiideman v. Harper, 754 F. Supp. 808, 810-13 (1990). Plaintiff's present confinement of necessities have been outlined in Winters v. Comm'r of Corrections, Midd. Sup. Ct. CA #00-05098-F; Welsh v. Comm'r of Correction, 00-4998-F, pg 1-6.; attached hereto; Schmitt v. Comm'r of Correction, Suffolk, Sup. Ct. CA #99-4305 Hooke v. Maloney, Suff. Sup. Ct. C.A. No. 98-0019. In light of the daily necessities, at least one plaintiff has been found indigent. See Hudson v. Dennihy, Suff. Sup. Ct. CA. No. 05-01749-D 6/10/05 attached hereto. Waiver of $275. filing fee.

### Conclusion:

Wherefore Plaintiffs respectfully request for their motion to proceed by Informa Pauperis be granted.

Respectfully Submitted
Pro-Se

Mac Hudson
MAC Hudson
P.O. Box 100
S. Walpole MA. 02071

## VERIFICATION OF MOTION

PLAINTIFFS ON RECORD HAVE READ PARAGRAPHS 1 THRU 3 AND SWEAR UNDER THE PAINS AND PENALTIES OF PERJURY THAT THEY ARE TRUE TO THE BEST OF THEIR RECOLLECTION

Mac Hudson

Jim ___

Robert Braham

Samuel Correa

Jeffrey Hardy

_____ Khn

Zakarija Bush

Prince Moses

Derick Tyler

Steven Jacabou

Trevor Higgins

Carl _____

Respectfully Submitted
PRO-SE

Mac Hudson
P.O. Box 100
S. Walpole MA 02071

Prince Moses
P. ~~O. Box 100~~
S. ~~Walpole MA 02071~~

- 4 -

*Derrick Tyler*
DERRICK TYLER
P.O. Box 100
S. WALPOLE MA 02071

*[signature]*
ORRIN SIMMONS
P.O. Box 100
S. WALPOLE MA 02071

*Jeffrey Hardy*
JEFFREY HARDY
P.O. Box 100
S. WALPOLE MA 02071

*Trevor Higgins*
TRIVOR HIGGINS
P.O. Box 100
S. WALPOLE MA 02071

*Samuel Correa*
SAMUEL CORREA
P.O. Box 100
S. WALPOLE MA 02071

*Robert Brown*
ROBERT BROWN
P.O. Box 100
S. WALPOLE MA 02071

*[signature]*
BARTH O[illegible]
P.O. Box 100
S. WALPOLE MA 02071

*Steve Jacobbe*
STEVE JACOBBE
P.O. Box 100
S. WALPOLE MA 02071

-5-

*[signature]*
ZAKARYG BUSH
P.O. Box 100
S. Walpole MA. 02071

*[signature]*
CARL ODWARE
P.O. Box 100
S. Walpole MA 02071

*[signature]*
Michael Keohane
PO Box 100
S. Walpole, MA 02071