AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____U.S._____ District of __MASSACHUSETTS__

TONY GASKINS et.al.
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

KATHLEEN DENNEHY
Defendant

CASE NUMBER: 05-11230-JLT

I, __MAC HUDSON__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MCI-CJ__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☑ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. CANTEEN MONEY FOR BASIC NECESSITIES & I RECEIVE THIS SPARINGLY.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?     ☐ Yes     ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☐ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_7/13/05_    _Mac Hudson_
Date         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050713 11:22

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | W48494 | | | MCI CEDAR JUNCTION | |
| Name : | HUDSON, MAC, , | | Statement From | 20050101 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050713 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 146 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,637.90 | $3,382.80 | $33.00 | $33.00 |
| 20050103 10:42 | IC - Transfer from Inmate to Club A/c | 3918665 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $15.35 | $0.00 | $0.00 |
| 20050103 10:42 | IC - Transfer from Inmate to Club A/c | 3918666 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $12.65 | $0.00 | $0.00 |
| 20050103 11:14 | ML - Mail | 3918867 | | CJ | ~SETTLEMENT AND RELEASE OF CLAIM, GRIEVANCE #5675/REIMBURSEMENT FOR TYPEWRITER RIBBON | $5.12 | $0.00 | $0.00 | $0.00 |
| 20050103 11:14 | MA - Maintenance and Administration | 3918868 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921752 | | CJ | ~Canteen Date : 20050103 | $0.00 | $1.72 | $0.00 | $0.00 |
| 20050107 10:03 | EX - External Disbursement | 3949701 | 33190 | CJ | ~ETHEL WALKER | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050110 10:00 | EX - External Disbursement | 3953713 | 33241 | CJ | ~LET MY FINGERS DO YOUR TYPING | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956895 | | CJ | ~Canteen Date : 20050110 | $0.00 | $4.92 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982957 | | CJ | | $0.84 | $0.00 | $0.00 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001149 | | CJ | ~Canteen Date : 20050117 | $0.00 | $6.26 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030521 | | CJ | ~Canteen Date : 20050124 | $0.00 | $2.24 | $0.00 | $0.00 |
| 20050127 11:28 | EX - External Disbursement | 4050182 | 33395 | CJ | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $27.85 | $0.00 | $0.00 |
| 20050127 11:28 | EX - External Disbursement | 4050183 | 33394 | CJ | ~KELCH ENTERPRISES | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050127 11:28 | EX - External Disbursement | 4050184 | 33393 | CJ | ~EDWARD R. HAMILTON | $0.00 | $30.40 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060830 | | CJ | ~Canteen Date : 20050131 | $0.00 | $1.68 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066020 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.10 | $0.00 | $0.00 |
| 20050204 08:43 | EX - External Disbursement | 4088132 | 33547 | CJ | ~K & A MAIL ORDER SERVICE INC. | $0.00 | $37.00 | $0.00 | $0.00 |
| 20050204 08:43 | MA - Maintenance and Administration | 4088133 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050207 09:22 | ML - Mail | 4093736 | 493083 | CJ | ~CENTURY BANK | $90.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112033 | | CJ | | $0.37 | $0.00 | $0.00 | $0.00 |
| 20050214 07:42 | ML - Mail | 4141893 | | CJ | ~PERNELL POWELL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050215 09:15 | EX - External Disbursement | 4148328 | 33642 | CJ | ~GAIL SMITH | $0.00 | $75.00 | $0.00 | $0.00 |
| 20050218 11:09 | IC - Transfer from Inmate to Club A/c | 4171305 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $11.60 | $0.00 | $0.00 |
| 20050218 11:10 | IC - Transfer from Inmate to Club A/c | 4171310 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175252 | | CJ | ~Canteen Date : 20050221 | $0.00 | $4.12 | $0.00 | $0.00 |
| 20050222 09:27 | ML - Mail | 4176983 | | CJ | ~NO NAME GIVEN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050225 13:18 | ML - Mail | 4200026 | | CJ | | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050228 10:16 | EX - External Disbursement | 4203049 | 33793 | CJ | ~ETHEL WALKER | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050302 11:01 | EX - External Disbursement | 4214394 | 33808 | CJ | ~ETHEL WALKER | $0.00 | $40.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050713 11:22

Page: 2

| Commit#: | W48494 | MCI CEDAR JUNCTION |
| Name: | HUDSON, MAC,, | Statement From 20050101 |
| Inst: | MCI CEDAR JUNCTION | To 20050713 |
| Block: | DEPARTMENT DISCIPLINARY UNIT | |
| Cell/Bed: | 146 /A | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050302 11:01 | MA - Maintenance and Administration | 4214395 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240750 | | CJ | ~Canteen Date : 20050307 | $0.00 | $10.11 | $0.00 | $0.00 |
| 20050308 11:24 | EX - External Disbursement | 4244278 | 33902 | CJ | ~APPEALS COURT CLERK'S OFFICE | $0.00 | $26.00 | $0.00 | $0.00 |
| 20050311 09:41 | ML - Mail | 4267277 | | CJ | ~JENNIFER BASS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050314 10:23 | IC - Transfer from Inmate to Club A/c | 4271583 | | CJ | ~E01/DBOARD TAPES~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273484 | | CJ | ~Canteen Date : 20050314 | $0.00 | $1.04 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4283120 | | CJ | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20050317 09:46 | ML - Mail | 4309037 | 997 | CJ | ~ERICA FARIAS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050322 08:19 | ML - Mail | 4323167 | | CJ | ~PERNELL POWELL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352687 | | CJ | ~Canteen Date : 20050328 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423076 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439461 | | CJ | ~Canteen Date : 20050411 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050415 08:11 | ML - Mail | 4465623 | | CJ | ~DONNA HUGHES | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050415 08:11 | MA - Maintenance and Administration | 4465625 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050420 12:13 | EX - External Disbursement | 4481454 | 34379 | CJ | ~ETHEL WALKER | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050420 12:14 | EX - External Disbursement | 4481457 | 34378 | CJ | ~AMERICA VOICE MAIL | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050425 10:57 | IC - Transfer from Inmate to Club A/c | 4500861 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.35 | $0.00 | $0.00 |
| 20050425 10:59 | IC - Transfer from Inmate to Club A/c | 4500885 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502389 | | CJ | ~Canteen Date : 20050425 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050505 08:34 | ML - Mail | 4558132 | 0204399/M.O. | CJ | ~WINSTON | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050505 08:34 | MA - Maintenance and Administration | 4558135 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050506 12:04 | IC - Transfer from Inmate to Club A/c | 4566547 | | CJ | ~JAMINE PRAYER OIL~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $2.99 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573824 | | CJ | ~Canteen Date : 20050509 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050511 09:31 | AJ - Adjustments | 4582980 | | CJ | ~5/11 PER SOVEREIGN BANK - BARBADOS POSTAL M.O. #0204399 NON-NEGOTIABLE | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589489 | | CJ | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20050512 12:45 | IC - Transfer from Inmate to Club A/c | 4611362 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050512 12:45 | IC - Transfer from Inmate to Club A/c | 4611364 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.81 | $0.00 | $0.00 |
| 20050516 08:46 | ML - Mail | 4620077 | 5389378088 6/M.O. | CJ | ~MAGNOLIA CROSS | $150.00 | $0.00 | $0.00 | $0.00 |
| 20050516 12:20 | IC - Transfer from Inmate to Club A/c | 4622467 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.78 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050713 11:22

| Commit#: | W48494 | | MCI CEDAR JUNCTION | Page: 3 |
|---|---|---|---|---|
| Name: | HUDSON, MAC, , | Statement From | 20050101 | |
| Inst: | MCI CEDAR JUNCTION | To | 20050713 | |
| Block: | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed: | 146 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050516 22:30 | CN - Canteen | 4624130 | | CJ | ~Canteen Date : 20050516 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050526 11:15 | EX - External Disbursement | 4676259 | 34804 | CJ | ~OPHELIA KISS AEQUAL | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050526 11:16 | EX - External Disbursement | 4676260 | 34803 | CJ | ~ETHEL WALKER | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4684304 | | CJ | ~Canteen Date : 20050527 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050606 22:30 | CN - Canteen | 4722183 | | CJ | ~Canteen Date : 20050606 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050609 08:45 | ML - Mail | 4744384 | 07927945323/M.O. | CJ | ~V. BROWN | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050609 08:45 | MA - Maintenance and Administration | 4744387 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4751338 | | CJ | | $0.39 | $0.00 | $0.00 | $0.00 |
| 20050613 10:35 | IC - Transfer from Inmate to Club A/c | 4771522 | | CJ | ~POSTAGE (6 MANILA ENV)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050613 10:36 | IC - Transfer from Inmate to Club A/c | 4771530 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050613 22:30 | CN - Canteen | 4773975 | | CJ | ~Canteen Date : 20050613 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050616 11:55 | IC - Transfer from Inmate to Club A/c | 4795759 | | CJ | ~POSTAGE (4 LEGAL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.80 | $0.00 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4839184 | | CJ | ~Canteen Date : 20050627 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050705 10:22 | EX - External Disbursement | 4874656 | 35169 | CJ | ~CLERK OF MIDDLESEX SUPERIOR COURT | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050705 10:22 | MA - Maintenance and Administration | 4874658 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050711 10:04 | IC - Transfer from Inmate to Club A/c | 4907659 | | CJ | ~POSTAGE (1 LEGAL MANILLA ENV)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20050711 22:30 | CN - Canteen | 4911936 | | CJ | ~Canteen Date : 20050711 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050712 11:27 | EX - External Disbursement | 4914797 | 35259 | CJ | ~AMERICA VOICE MAIL | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050712 11:53 | IC - Transfer from Inmate to Club A/c | 4914914 | | CJ | ~POSTAGE (3 MANILLA ENV)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.24 | $0.00 | $0.00 |
| | | | | | | $702.37 | $939.47 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date: | $18.00 | $0.00 |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $18.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: **SUCV2005-01749-D**

RE:   Hudson, W48494 v Dennehy, Comr of Dept of Corrections et al

TO:   Mac Hudson, W48494
      MCI Cedar Junction
      PO Box 100
      South Walpole, MA 02071

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **06/13/2005** the following entry was made on the above referenced docket:

ORDER: NOTICE OF WAIVER OF COURT COSTS AND REQUEST FOR PAYMENT TO BE WITHDRAWN FROM ACCOUNT (PURSUANT TO G.L.c.261 sec.29) -- The Prisoner/plaintiff in the above-captioned action has filed a motion to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis. After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders: The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis. By the Court (John C. Cratsley, Justice) (Dated 06/10/2005) Notice Sent 06/13/2005.
Dated at Boston, Massachusetts this 13th day of June, 2005.

Michael Joseph Donovan,
Clerk of the Courts

BY: Elaina M. Quinn
Assistant Clerk

Telephone: 617-788-7646

**Disabled individuals who need handicap accommodations should contact the Administrative Office**

cvdgeneric_2.wpd 2716217 order hegartym

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET#: SUCV2005-01749

Mac Hudson, W48494,
    Plaintiff(s)

vs

Kathleen Dennehy, Comr of Dept of Corrections, James Bender, Deputy Comr of Dept of Corrections, David Nolan, Supt of MCI-CJ, Paul Dipalo, hearing officer,
    Defendant(s)

## NOTICE OF WAIVER OF COURT COSTS AND REQUEST
## FOR PAYMENT TO BE WITHDRAWN FROM ACCOUNT
## (PURSUANT TO G.L. c. 261 sec. 29)

    The prisoner/plaintiff in the above-captioned action has filed a motion to waive the filing fee of **$275.00** and court costs (normal) and to proceed in forma pauperis. After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders:

✓   The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis.

Dated: 06/10/2005

By the Court (John C Crastley, Justice)

BY: _____
                      Assistant Clerk

NOTICE SENT:   06/13/2005    (ah)
M.H.-(Pro Se)