AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

TONY B Gaskins, ET AL
       Plaintiff

V.

Kathleen Dennehy ET AL
       Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: C.A. 05-11230-JLT

I, Michael Keohane _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   MCI-Cedar Junction / Walpole

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   1998

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Money donated by my Mother for Postage & Cosmetics & Cloths from the Commissary. Usually around 50$ a month, sometimes less or for B-days or Holidays she will give me more if she has extra.

4. Do you have **any** cash or checking or savings accounts?     ☐ Yes     ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____6/14/05_____          _____/s/ Umbil Kh_____
       Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050629 09:48

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Commit# : | W67741 | | | MCI CEDAR JUNCTION | | Page : | 1 |
| Name : | KEOHANE, MICHAEL, , | | Statement From | 20041201 | | | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050629 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | |
| Cell/Bed : | 239 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,384.20 | $3,382.83 | $26.69 | $0.00 |
| 20041202 10:46 | ML - Mail | 3758204 | | CJ | ~MARY PETERS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041202 10:46 | MA - Maintenance and Administration | 3758205 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778081 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778082 | | CJ | | $0.00 | $0.00 | $0.05 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823583 | | CJ | ~Canteen Date : 20041213 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041214 10:40 | IC - Transfer from Inmate to Club A/c | 3826243 | | CJ | ~CASIO WATCH BATTERY~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $1.64 | $0.00 | $0.00 |
| 20041220 08:39 | ML - Mail | 3852265 | | CJ | ~LISA DANNER | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858385 | | CJ | ~Canteen Date : 20041220 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3890646 | | CJ | ~Canteen Date : 20041227 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050103 08:42 | ML - Mail | 3917837 | | CJ | ~MARY PETERS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050103 08:42 | MA - Maintenance and Administration | 3917838 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3920662 | | CJ | ~Canteen Date : 20050103 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050107 09:20 | IC - Transfer from Inmate to Club A/c | 3949320 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3979246 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3979247 | | CJ | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20050121 08:14 | ML - Mail | 4025276 | | CJ | ~MARY PETERS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108408 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108409 | | CJ | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4146073 | | CJ | ~Canteen Date : 20050214 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050218 08:42 | ML - Mail | 4170443 | 9239050337 5/M.O. | CJ | ~LISA DANNER | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050218 08:42 | MA - Maintenance and Administration | 4170445 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4204947 | | CJ | ~Canteen Date : 20050228 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273416 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279568 | | CJ | | $0.29 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279569 | | CJ | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20050331 11:41 | EX - External Disbursement | 4372589 | 34159 | CJ | ~INMATE CONNECTIONS | $0.00 | $40.00 | $0.00 | $0.00 |
| 20050331 11:41 | MA - Maintenance and Administration | 4372591 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 09:52 | EX - External Disbursement | 4383018 | 34186 | CJ | ~BUD PLANT COMIC ART | $0.00 | $31.88 | $0.00 | $0.00 |
| 20050404 09:52 | MA - Maintenance and Administration | 4383020 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050629 09:48

Page: 2

| Commit# : | W67741 | | | | MCI CEDAR JUNCTION | | | |
| Name : | KEOHANE, MICHAEL, , | | | Statement From | 20041201 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050629 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | |
| Cell/Bed : | 239 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050408 16:47 | IS - Interest | 4419589 | | CJ | | $0.45 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419590 | | CJ | | $0.00 | $0.00 | $0.08 | $0.00 |
| 20050415 08:13 | ML - Mail | 4465641 | | CJ | ~NO NAME GIVEN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050419 11:00 | IC - Transfer from Inmate to Club A/c | 4474254 | | CJ | ~MUSK OIL - MADINA; PRAYER BEADS, MEDIUM,WHITE; KUFI/PRAYER CAP, WHITE~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $13.17 | $0.00 | $0.00 |
| 20050419 12:44 | EX - External Disbursement | 4474855 | 34370 | CJ | ~BMG MUSIC SERVICE | $0.00 | $16.74 | $0.00 | $0.00 |
| 20050502 08:16 | ML - Mail | 4530039 | | CJ | ~MARY PETERS | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050502 08:16 | MA - Maintenance and Administration | 4530041 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536397 | | CJ | ~Canteen Date : 20050502 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050509 09:52 | ML - Mail | 4571002 | 103 | CJ | ~MARY PETERS | $38.33 | $0.00 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4574064 | | CJ | ~Canteen Date : 20050509 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586047 | | CJ | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586048 | | CJ | | $0.00 | $0.00 | $0.09 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4624292 | | CJ | ~Canteen Date : 20050516 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050526 11:16 | EX - External Disbursement | 4676261 | 34811 | CJ | ~BMG MUSIC | $0.00 | $20.77 | $0.00 | $0.00 |
| 20050531 09:41 | IC - Transfer from Inmate to Club A/c | 4686903 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050608 11:09 | IC - Transfer from Inmate to Club A/c | 4732637 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050609 08:32 | ML - Mail | 4744220 | 08257915797/M.O. | CJ | ~MARY PETERS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050609 08:32 | MA - Maintenance and Administration | 4744223 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050609 08:49 | ML - Mail | 4744526 | 3795150352/M.O. | CJ | ~THERESA MURPHY | $150.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747952 | | CJ | | $0.33 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747953 | | CJ | | $0.00 | $0.00 | $0.10 | $0.00 |
| 20050613 10:40 | EX - External Disbursement | 4771594 | 34981 | CJ | ~MILLER'S FANTASIES PHOTOS | $0.00 | $23.00 | $0.00 | $0.00 |
| 20050613 22:30 | CN - Canteen | 4774185 | | CJ | ~Canteen Date : 20050613 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050628 09:49 | IC - Transfer from Inmate to Club A/c | 4842049 | | CJ | ~POSTAGE (LEGAL PKG)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| | | | | | | $589.98 | $319.76 | $0.52 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $271.59 | $27.21 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050629 09:48

Page: 3

| | | |
|---|---|---|
| Commit# : | W67741 | MCI CEDAR JUNCTION |
| Name : | KEOHANE, MICHAEL, , | Statement From  20041201 |
| Inst : | MCI CEDAR JUNCTION | To  20050629 |
| Block : | DEPARTMENT DISCIPLINARY UNIT | |
| Cell/Bed : | 239 /A | |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $271.59 | $27.21 | $0.00 | $0.00 | $0.00 | $0.00 |