AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____U.S._____   District of __MASSACHUSETTS__

TONY GASKINS ET. AL.

Plaintiff

V.

KATHLEEN DENNEHY

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: #05-11230-JLT

I, __TREVOR HIGGINS__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MCI-CJ__

   Are you employed at the institution? __NO__    Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☐ No

    If "Yes," describe the property and state its value.

    N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

July 14, 05
_____    _____
Date                          Signature of Applicant

Tricia Higgins

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050714 10:29

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | W62661 | | MCI CEDAR JUNCTION | | |
| Name : | HIGGINS, TREVOR, , | | Statement From | 20050101 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050714 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 136 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $948.71 | $828.47 | $310.61 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980906 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980907 | | CJ | | $0.00 | $0.00 | $0.79 | $0.00 |
| 20050117 22:30 | CN - Canteen | 3999999 | | CJ | ~Canteen Date : 20050117 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050121 15:07 | VC - Voided Check | 4027329 | 32941 | CJ | ~BARBARA JARRETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050121 15:07 | IC - Transfer from Inmate to Club A/c | 4027331 | | CJ | ~M & A FEE TO PROCESS STOP PAYMENT (CK#32941)~MAINTENANCE & ADMINISTRATION FEE - Z186~MAINTENANCE & ADMINISTRATION FEE - Z186 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110034 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110035 | | CJ | | $0.00 | $0.00 | $0.85 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281169 | | CJ | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281170 | | CJ | | $0.00 | $0.00 | $0.86 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421144 | | CJ | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421145 | | CJ | | $0.00 | $0.00 | $1.03 | $0.00 |
| 20050411 10:33 | EX - External Disbursement | 4437571 | 34265 | CJ | ~EDWARD R. HAMILTON | $0.00 | $9.45 | $0.00 | $0.00 |
| 20050411 10:33 | MA - Maintenance and Administration | 4437573 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587582 | | CJ | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587583 | | CJ | | $0.00 | $0.00 | $1.08 | $0.00 |
| 20050609 16:49 | IS - Interest | 4749471 | | CJ | | $0.55 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4749472 | | CJ | | $0.00 | $0.00 | $1.20 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4839286 | | CJ | ~Canteen Date : 20050627 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4924834 | | CJ | | $0.53 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4924835 | | CJ | | $0.00 | $0.00 | $1.18 | $0.00 |
| | | | | | | $53.12 | $41.05 | $6.99 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $132.31 | $317.60 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $132.31 | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050714 10:30

| Commit# : | W62661 | | | MCI CEDAR JUNCTION | | | Page: 2 |
|---|---|---|---|---|---|---|---|
| Name : | HIGGINS, TREVOR, , | | | Statement From | 20020101 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050714 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | |
| Cell/Bed : | 136 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030422 09:25 | ML - Mail | 1032406 | | CJ | ~REFUND/EDWARD R. HAMILTON BOOKSELLER | $7.95 | $0.00 | $0.00 | $0.00 |
| 20030505 22:30 | CN - Canteen | 1076072 | | CJ | ~Canteen Date : 20030505 | $0.00 | $13.50 | $0.00 | $0.00 |
| 20030509 09:19 | IS - Interest | 1100145 | | CJ | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20030509 09:19 | IS - Interest | 1100146 | | CJ | | $0.00 | $0.00 | $0.44 | $0.00 |
| 20030516 08:41 | ML - Mail | 1134056 | 05247688566/M.O. | CJ | ~JERRY JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20030519 22:30 | CN - Canteen | 1138642 | | CJ | ~Canteen Date : 20030519 | $0.00 | $9.09 | $0.00 | $0.00 |
| 20030603 09:23 | CN - Canteen | 1184155 | | CJ | ~Canteen Date : 20030602 | $0.00 | $18.62 | $0.00 | $0.00 |
| 20030610 10:14 | CN - Canteen | 1221694 | | CJ | ~Canteen Date : 20030609 | $0.00 | $9.63 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1228269 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1228270 | | CJ | | $0.00 | $0.00 | $0.45 | $0.00 |
| 20030623 22:30 | CN - Canteen | 1295531 | | CJ | ~Canteen Date : 20030623 | $0.00 | $11.87 | $0.00 | $0.00 |
| 20030709 08:15 | ML - Mail | 1355450 | | CJ | ~SHANTY ANTOINE | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1362047 | | CJ | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1362048 | | CJ | | $0.00 | $0.00 | $0.38 | $0.00 |
| 20030714 22:30 | CN - Canteen | 1395354 | | CJ | ~Canteen Date : 20030714 | $0.00 | $49.91 | $0.00 | $0.00 |
| 20030721 22:30 | CN - Canteen | 1423488 | | CJ | ~Canteen Date : 20030721 | $0.00 | $12.84 | $0.00 | $0.00 |
| 20030729 09:38 | EX - External Disbursement | 1453733 | 27646 | CJ | ~EDWARD R. HAMILTON | $0.00 | $24.95 | $0.00 | $0.00 |
| 20030730 09:08 | ML - Mail | 1458165 | | CJ | ~SHANTAY ANTOINE | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030804 22:30 | CN - Canteen | 1479485 | | CJ | ~Canteen Date : 20030804 | $0.00 | $48.66 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1504808 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1504809 | | CJ | | $0.00 | $0.00 | $0.38 | $0.00 |
| 20030811 22:30 | CN - Canteen | 1524584 | | CJ | ~Canteen Date : 20030811 | $0.00 | $11.89 | $0.00 | $0.00 |
| 20030818 14:01 | CI - Transfer from Club to Inmate A/c | 1552169 | | CJ | ~CNTN REFUND (8/11 ORDER)~W62661 HIGGINS,TREVOR PERSONAL~KCN WASH ACCOUNT - Z5 | $11.89 | $0.00 | $0.00 | $0.00 |
| 20030818 22:30 | CN - Canteen | 1554746 | | CJ | ~Canteen Date : 20030818 | $0.00 | $21.89 | $0.00 | $0.00 |
| 20030902 22:30 | CN - Canteen | 1612692 | | CJ | ~Canteen Date : 20030902 | $0.00 | $8.82 | $0.00 | $0.00 |
| 20030909 22:30 | CN - Canteen | 1638461 | | CJ | ~Canteen Date : 20030908 | $0.00 | $8.31 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1647924 | | CJ | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1647925 | | CJ | | $0.00 | $0.00 | $0.37 | $0.00 |
| 20030916 08:32 | CN - Canteen | 1685157 | | CJ | ~Canteen Date : 20030915 | $0.00 | $3.99 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050714 10:30

Page: 1

| Commit# : | W62661 | | MCI CEDAR JUNCTION | |
|---|---|---|---|---|
| Name : | HIGGINS, TREVOR, , | | Statement From | 20020101 |
| Inst : | MCI CEDAR JUNCTION | | To | 20050714 |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 136 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $0.00 | $0.00 | $0.00 | $0.00 |
| 20020930 09:43 | SB - Starting Balance | 244791 | | CJ | | $147.24 | $0.00 | $0.00 | $0.00 |
| 20020930 09:43 | SB - Starting Balance | 244792 | | CJ | | $0.00 | $0.00 | $291.01 | $0.00 |
| 20021007 22:30 | CN - Canteen | 282870 | | CJ | ~Canteen Date : 20021007 | $0.00 | $10.89 | $0.00 | $0.00 |
| 20021018 12:10 | IS - Interest | 331003 | | CJ | ~INTEREST CONVERTED FROM VAX | $0.36 | $0.00 | $0.00 | $0.00 |
| 20021018 12:10 | IS - Interest | 331004 | | CJ | ~INTEREST CONVERTED FROM VAX | $0.00 | $0.00 | $0.68 | $0.00 |
| 20021104 22:30 | CN - Canteen | 390045 | | CJ | ~Canteen Date : 20021104 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20021125 22:30 | CN - Canteen | 454295 | | CJ | ~Canteen Date : 20021125 | $0.00 | $10.39 | $0.00 | $0.00 |
| 20021209 22:30 | CN - Canteen | 496368 | | CJ | ~Canteen Date : 20021209 | $0.00 | $4.22 | $0.00 | $0.00 |
| 20021213 13:25 | IS - Interest | 522318 | | CJ | | $0.35 | $0.00 | $0.00 | $0.00 |
| 20021213 13:25 | IS - Interest | 522319 | | CJ | | $0.00 | $0.00 | $0.74 | $0.00 |
| 20021224 09:45 | ML - Mail | 582057 | 2830201 | CJ | ~EDWARD HAMILTON REFUND | $3.65 | $0.00 | $0.00 | $0.00 |
| 20021230 11:34 | ML - Mail | 602724 | M/O 011377059 3 | CJ | ~JERRY JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20021230 22:30 | CN - Canteen | 603788 | | CJ | ~Canteen Date : 20021230 | $0.00 | $9.21 | $0.00 | $0.00 |
| 20021231 22:30 | CN - Canteen | 607662 | | CJ | ~Canteen Date : 20021231 | $0.00 | $14.36 | $0.00 | $0.00 |
| 20030102 09:54 | IS - Interest | 623125 | | CJ | | $0.31 | $0.00 | $0.00 | $0.00 |
| 20030102 09:54 | IS - Interest | 623126 | | CJ | | $0.00 | $0.00 | $0.70 | $0.00 |
| 20030115 08:51 | IS - Interest | 675079 | | CJ | | $0.30 | $0.00 | $0.00 | $0.00 |
| 20030115 08:51 | IS - Interest | 675080 | | CJ | | $0.00 | $0.00 | $0.71 | $0.00 |
| 20030203 22:30 | CN - Canteen | 745357 | | CJ | ~Canteen Date : 20030203 | $0.00 | $21.14 | $0.00 | $0.00 |
| 20030211 08:48 | IS - Interest | 773695 | | CJ | | $0.46 | $0.00 | $0.00 | $0.00 |
| 20030211 08:48 | IS - Interest | 773696 | | CJ | | $0.00 | $0.00 | $0.70 | $0.00 |
| 20030217 22:30 | CN - Canteen | 803089 | | CJ | ~Canteen Date : 20030217 | $0.00 | $15.52 | $0.00 | $0.00 |
| 20030318 07:45 | IS - Interest | 897450 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20030318 07:45 | IS - Interest | 897451 | | CJ | | $0.00 | $0.00 | $0.63 | $0.00 |
| 20030324 22:30 | CN - Canteen | 929128 | | CJ | ~Canteen Date : 20030324 | $0.00 | $10.65 | $0.00 | $0.00 |
| 20030325 10:47 | EX - External Disbursement | 930833 | 26472 | CJ | ~EDWARD R. HAMILTON | $0.00 | $10.90 | $0.00 | $0.00 |
| 20030404 11:10 | EX - External Disbursement | 968243 | 26607 | CJ | ~EDWARD R. HAMILTON | $0.00 | $15.90 | $0.00 | $0.00 |
| 20030408 10:04 | IS - Interest | 979838 | | CJ | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20030408 10:04 | IS - Interest | 979839 | | CJ | | $0.00 | $0.00 | $0.50 | $0.00 |
| 20030414 22:30 | CN - Canteen | 1011068 | | CJ | ~Canteen Date : 20030414 | $0.00 | $5.40 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050714 10:30

| | | | | Page: 3 |
|---|---|---|---|---|
| Commit# : | W62661 | | MCI CEDAR JUNCTION | |
| Name : | HIGGINS, TREVOR, , | Statement From | 20020101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050714 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 136 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030916 09:42 | IC - Transfer from Inmate to Club A/c | 1685783 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.30 | $0.00 | $0.00 |
| 20030922 22:30 | CN - Canteen | 1712510 | | CJ | ~Canteen Date : 20030922 | $0.00 | $13.88 | $0.00 | $0.00 |
| 20031001 23:07 | PY - Payroll | 1758232 | | CJ | ~20030914 To 20030920 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20031001 23:07 | PY - Payroll | 1758233 | | CJ | ~20030914 To 20030920 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20031008 16:57 | IS - Interest | 1783288 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20031008 16:57 | IS - Interest | 1783289 | | CJ | | $0.00 | $0.00 | $0.36 | $0.00 |
| 20031008 23:09 | PY - Payroll | 1803204 | | CJ | ~20030921 To 20030927 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20031008 23:09 | PY - Payroll | 1803205 | | CJ | ~20030921 To 20030927 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20031023 08:38 | ML - Mail | 1859773 | 05669699095/M.O. | CJ | ~JERRY JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031103 22:30 | CN - Canteen | 1900099 | | CJ | ~Canteen Date : 20031103 | $0.00 | $33.34 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1928307 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1928308 | | CJ | | $0.00 | $0.00 | $0.39 | $0.00 |
| 20031110 22:30 | CN - Canteen | 1944917 | | CJ | ~Canteen Date : 20031110 | $0.00 | $12.25 | $0.00 | $0.00 |
| 20031126 08:28 | ML - Mail | 2011083 | | CJ | ~STEPHANIE THOMAS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:40 | IS - Interest | 2064463 | | CJ | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20031209 13:40 | IS - Interest | 2064464 | | CJ | | $0.00 | $0.00 | $0.39 | $0.00 |
| 20031215 22:30 | CN - Canteen | 2104008 | | CJ | ~Canteen Date : 20031215 | $0.00 | $9.85 | $0.00 | $0.00 |
| 20031220 22:30 | CN - Canteen | 2133576 | | CJ | ~Canteen Date : 20031220 | $0.00 | $6.69 | $0.00 | $0.00 |
| 20031224 10:02 | ML - Mail | 2147411 | | CJ | ~JERRY JONES | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031226 09:11 | ML - Mail | 2160410 | | CJ | ~REFUND/EDWARD R. HAMILTON BOOKSELLER | $1.60 | $0.00 | $0.00 | $0.00 |
| 20040107 22:30 | CN - Canteen | 2206032 | | CJ | ~Canteen Date : 20040107 | $0.00 | $6.98 | $0.00 | $0.00 |
| 20040112 22:30 | CN - Canteen | 2224733 | | CJ | ~Canteen Date : 20040112 | $0.00 | $11.98 | $0.00 | $0.00 |
| 20040113 12:04 | IS - Interest | 2231919 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20040113 12:04 | IS - Interest | 2231920 | | CJ | | $0.00 | $0.00 | $0.41 | $0.00 |
| 20040121 10:41 | IC - Transfer from Inmate to Club A/c | 2275662 | | CJ | ~SNEAKERS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $21.99 | $0.00 | $0.00 |
| 20040126 22:30 | CN - Canteen | 2296383 | | CJ | ~Canteen Date : 20040126 | $0.00 | $10.52 | $0.00 | $0.00 |
| 20040202 22:30 | CN - Canteen | 2324496 | | CJ | ~Canteen Date : 20040202 | $0.00 | $5.35 | $0.00 | $0.00 |
| 20040204 10:17 | IC - Transfer from Inmate to Club A/c | 2332862 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20040209 22:31 | CN - Canteen | 2355391 | | CJ | ~Canteen Date : 20040209 | $0.00 | $6.27 | $0.00 | $0.00 |
| 20040210 11:38 | IS - Interest | 2361479 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050714 10:30

| Commit# : | W62661 | | MCI CEDAR JUNCTION | Page : 4 |
|---|---|---|---|---|
| Name : | HIGGINS, TREVOR, , | Statement From | 20020101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050714 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 136 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040210 11:38 | IS - Interest | 2361480 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20040217 08:54 | IC - Transfer from Inmate to Club A/c | 2397619 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20040225 13:52 | IC - Transfer from Inmate to Club A/c | 2433895 | | CJ | ~PER MS/REIMB FOR PROPERTY'S DUPLICATE POSTAGE CHARGE (2/4 & 2/17).~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20040225 15:06 | CI - Transfer from Club to Inmate A/c | 2434072 | | CJ | ~TO CORRECT 2/25 ERROR. CHARGED $7.90 IN ERROR- SHOULD'BE CREDITED $7.90.~W62661 HIGGINS,TREVOR PERSONAL~POSTAGE - Z11 | $7.90 | $0.00 | $0.00 | $0.00 |
| 20040225 15:09 | CI - Transfer from Club to Inmate A/c | 2434082 | | CJ | ~PER MS/REIMB FOR PROPERTY'S DUPLICATE POSTAGE CHARGE (2/4 & 2/17)~W62661 HIGGINS,TREVOR PERSONAL~POSTAGE - Z11 | $7.90 | $0.00 | $0.00 | $0.00 |
| 20040308 22:30 | CN - Canteen | 2484793 | | CJ | ~Canteen Date : 20040308 | $0.00 | $14.15 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2492864 | | CJ | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2492865 | | CJ | | $0.00 | $0.00 | $0.38 | $0.00 |
| 20040315 22:30 | CN - Canteen | 2530343 | | CJ | ~Canteen Date : 20040315 | $0.00 | $16.89 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2653431 | | CJ | | $0.16 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2653432 | | CJ | | $0.00 | $0.00 | $0.41 | $0.00 |
| 20040414 08:22 | ML - Mail | 2668882 | | CJ | ~JERRY JONES | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2797739 | | CJ | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2797740 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20040524 22:30 | CN - Canteen | 2849667 | | CJ | ~Canteen Date : 20040524 | $0.00 | $11.88 | $0.00 | $0.00 |
| 20040607 22:30 | CN - Canteen | 2909226 | | CJ | ~Canteen Date : 20040607 | $0.00 | $22.94 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2927498 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2927499 | | CJ | | $0.00 | $0.00 | $0.42 | $0.00 |
| 20040621 22:30 | CN - Canteen | 2980813 | | CJ | ~Canteen Date : 20040621 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20040628 22:30 | CN - Canteen | 3009970 | | CJ | ~Canteen Date : 20040628 | $0.00 | $5.93 | $0.00 | $0.00 |
| 20040706 22:30 | CN - Canteen | 3042077 | | CJ | ~Canteen Date : 20040706 | $0.00 | $33.69 | $0.00 | $0.00 |
| 20040712 22:30 | CN - Canteen | 3067858 | | CJ | ~Canteen Date : 20040712 | $0.00 | $15.62 | $0.00 | $0.00 |
| 20040713 09:25 | EX - External Disbursement | 3070160 | 31391 | CJ | ~EDWARD R. HAMILTON | $0.00 | $23.45 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3075459 | | CJ | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3075460 | | CJ | | $0.00 | $0.00 | $0.41 | $0.00 |
| 20040720 11:07 | CI - Transfer from Club to Inmate A/c | 3115589 | | CJ | ~CTN CREDIT 7/6/04 ORDER~W62661 HIGGINS,TREVOR | $33.69 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050714 10:30

| | | | | Page : 5 |
|---|---|---|---|---|
| Commit# : | W62661 | | MCI CEDAR JUNCTION | |
| Name : | HIGGINS, TREVOR, , | Statement From | 20020101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050714 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 136 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | PERSONAL~KCN WASH ACCOUNT - Z5 | | | | |
| 20040811 17:03 | IS - Interest | 3209485 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3209486 | | CJ | | $0.00 | $0.00 | $0.49 | $0.00 |
| 20040908 16:50 | IS - Interest | 3335688 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3335689 | | CJ | | $0.00 | $0.00 | $0.55 | $0.00 |
| 20041004 22:30 | CN - Canteen | 3454233 | | CJ | ~Canteen Date : 20041004 | $0.00 | $4.99 | $0.00 | $0.00 |
| 20041011 22:30 | CN - Canteen | 3485681 | | CJ | ~Canteen Date : 20041011 | $0.00 | $1.34 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500944 | | CJ | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500945 | | CJ | | $0.00 | $0.00 | $0.58 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3567567 | | CJ | ~Canteen Date : 20041025 | $0.00 | $0.34 | $0.00 | $0.00 |
| 20041101 22:30 | CN - Canteen | 3596362 | | CJ | ~Canteen Date : 20041101 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20041108 22:30 | CN - Canteen | 3631114 | | CJ | ~Canteen Date : 20041108 | $0.00 | $0.34 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3646678 | | CJ | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3646679 | | CJ | | $0.00 | $0.00 | $0.64 | $0.00 |
| 20041112 08:37 | ML - Mail | 3670975 | | CJ | ~JERRY JONES | $75.00 | $0.00 | $0.00 | $0.00 |
| 20041112 08:37 | MA - Maintenance and Administration | 3670976 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041122 12:33 | EX - External Disbursement | 3708661 | 32703 | CJ | ~BARBARA JARRETT | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041122 22:30 | CN - Canteen | 3710402 | | CJ | ~Canteen Date : 20041122 | $0.00 | $0.67 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3736173 | | CJ | ~Canteen Date : 20041129 | $0.00 | $1.01 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779786 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779787 | | CJ | | $0.00 | $0.00 | $0.69 | $0.00 |
| 20041208 09:35 | VC - Voided Check | 3795822 | 32703 | CJ | ~BARBARA JARRETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823423 | | CJ | ~Canteen Date : 20041213 | $0.00 | $4.37 | $0.00 | $0.00 |
| 20041214 08:26 | EX - External Disbursement | 3824808 | 32941 | CJ | ~BARBARA JARRETT | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041214 08:26 | MA - Maintenance and Administration | 3824809 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041228 08:15 | ML - Mail | 3891293 | | CJ | ~JERRY JONES | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980906 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980907 | | CJ | | $0.00 | $0.00 | $0.79 | $0.00 |
| 20050117 22:30 | CN - Canteen | 3999999 | | CJ | ~Canteen Date : 20050117 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050121 15:07 | VC - Voided Check | 4027329 | 32941 | CJ | ~BARBARA JARRETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050121 15:07 | IC - Transfer from Inmate to Club A/c | 4027331 | | CJ | ~M & A FEE TO PROCESS STOP PAYMENT | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050714 10:30

| | | | | | Page : 6 |
|---|---|---|---|---|---|
| Commit# : | W62661 | | | MCI CEDAR JUNCTION | |
| Name : | HIGGINS, TREVOR, , | | Statement From | 20020101 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050714 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 136 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (CK#32941)~MAINTENANCE & ADMINISTRATION FEE - Z186~MAINTENANCE & ADMINISTRATION FEE - Z186 | | | | |
| 20050209 16:46 | IS - Interest | 4110034 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110035 | | CJ | | $0.00 | $0.00 | $0.85 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281169 | | CJ | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281170 | | CJ | | $0.00 | $0.00 | $0.86 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421144 | | CJ | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421145 | | CJ | | $0.00 | $0.00 | $1.03 | $0.00 |
| 20050411 10:33 | EX - External Disbursement | 4437571 | 34265 | CJ | ~EDWARD R. HAMILTON | $0.00 | $9.45 | $0.00 | $0.00 |
| 20050411 10:33 | MA - Maintenance and Administration | 4437573 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587582 | | CJ | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587583 | | CJ | | $0.00 | $0.00 | $1.08 | $0.00 |
| 20050609 16:49 | IS - Interest | 4749471 | | CJ | | $0.55 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4749472 | | CJ | | $0.00 | $0.00 | $1.20 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4839286 | | CJ | ~Canteen Date : 20050627 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4924834 | | CJ | | $0.53 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4924835 | | CJ | | $0.00 | $0.00 | $1.18 | $0.00 |
| | | | | | | $1,001.83 | $869.52 | $317.60 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $132.31 | $317.60 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $132.31 | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 |