AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

TONY B. GASKINS, ET AL.
Plaintiff

V.

KATHLEEN DENNEHY, ET AL.,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-11230-JLT

I, Orrin F. Simmons, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  MCI Cedar Junction @ Walpole
   Are you employed at the institution?  No   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   July 11, 1996 (711196) $280.00 / 6-1-96 – 6-6-96
   CARA DONA Provisions, Boston, MA.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☒ Yes   ☐ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

A BI/monthly $40°° to $60 from family when applicable.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_7/12/05_ _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050705 12:11

Page: 1

| Commit# : | W64291 | | | MCI CEDAR JUNCTION | | | |
| Name : | SIMMONS, ORRIN, , | | | Statement From | 20050101 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050705 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | |
| Cell/Bed : | C2- 144 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,906.13 | $1,694.94 | $368.82 | $3.00 |
| 20050103 09:20 | AT - Account Transfer | 3918190 | | CJ | ~PER INMATE'S REQUEST~W64291 SIMMONS,ORRIN  SAVINGS | $0.00 | $35.00 | $35.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3920616 | | CJ | ~Canteen Date : 20050103 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980446 | | CJ | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980447 | | CJ | | $0.00 | $0.00 | $0.93 | $0.00 |
| 20050120 08:11 | ML - Mail | 4020151 | | CJ | ~E.F. | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:11 | MA - Maintenance and Administration | 4020152 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050121 09:16 | EX - External Disbursement | 4025845 | 33355 | CJ | ~HOT GIRLZ | $0.00 | $11.50 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4029387 | | CJ | ~Canteen Date : 20050124 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050127 09:01 | ML - Mail | 4049503 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050127 11:10 | EX - External Disbursement | 4050121 | 33418 | CJ | ~HOT GIRLS | $0.00 | $13.50 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109583 | | CJ | | $0.46 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109584 | | CJ | | $0.00 | $0.00 | $1.10 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4146023 | | CJ | ~Canteen Date : 20050214 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050228 09:17 | ML - Mail | 4202659 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050228 09:17 | MA - Maintenance and Administration | 4202660 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050304 08:20 | ML - Mail | 4231572 | | CJ | ~R.A. DOCK | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050304 08:20 | MA - Maintenance and Administration | 4231573 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 11:44 | EX - External Disbursement | 4239048 | 33885 | CJ | ~BLUDAMAN ENTERTAINMENT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050307 11:53 | EX - External Disbursement | 4239105 | 33884 | CJ | ~HOT GIRLZ INC. | $0.00 | $12.50 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273360 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280719 | | CJ | | $0.48 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280720 | | CJ | | $0.00 | $0.00 | $1.11 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4321126 | | CJ | ~Canteen Date : 20050321 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050330 08:22 | ML - Mail | 4359803 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050330 09:26 | IC - Transfer from Inmate to Club A/c | 4360418 | | CJ | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050330 09:26 | AT - Account Transfer | 4360413 | | CJ | ~HAIRCUT~W64291 SIMMONS,ORRIN  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20050408 16:47 | IS - Interest | 4420704 | | CJ | | $0.63 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420705 | | CJ | | $0.00 | $0.00 | $1.33 | $0.00 |
| 20050415 11:28 | EX - External Disbursement | 4466998 | 34345 | CJ | ~HOT GIRLZ INC. | $0.00 | $13.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050705 12:11

| | | | | | Page: 2 |
|---|---|---|---|---|---|
| Commit# : | W64291 | | MCI CEDAR JUNCTION | | |
| Name : | SIMMONS, ORRIN, , | | Statement From | 20050101 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050705 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 144 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050415 11:28 | MA - Maintenance and Administration | 4467000 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050415 11:28 | EX - External Disbursement | 4467004 | 34344 | CJ | ~PACKAGETRUST.COM | $0.00 | $14.25 | $0.00 | $0.00 |
| 20050415 11:29 | EX - External Disbursement | 4467005 | 34343 | CJ | ~SURROGATE SISTERS | $0.00 | $12.00 | $0.00 | $0.00 |
| 20050502 08:37 | ML - Mail | 4530333 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050502 08:37 | MA - Maintenance and Administration | 4530335 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536347 | | CJ | ~Canteen Date : 20050502 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050505 10:47 | EX - External Disbursement | 4559653 | 34528 | CJ | ~SURROGATE SISTERS | $0.00 | $26.00 | $0.00 | $0.00 |
| 20050505 10:47 | EX - External Disbursement | 4559654 | 34527 | CJ | ~BLACKWOOD PRODUCTIONS | $0.00 | $16.00 | $0.00 | $0.00 |
| 20050506 12:04 | IC - Transfer from Inmate to Club A/c | 4566546 | | CJ | ~SOMALI ROSE OIL, ISLAMIC HIJAB, BLACK~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $18.98 | $0.00 | $0.00 |
| 20050509 11:23 | EX - External Disbursement | 4572276 | 34570 | CJ | ~HOT GIRLZ | $0.00 | $17.00 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573956 | | CJ | ~Canteen Date : 20050509 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587149 | | CJ | | $0.66 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587150 | | CJ | | $0.00 | $0.00 | $1.38 | $0.00 |
| 20050516 11:37 | EX - External Disbursement | 4622224 | 34657 | CJ | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $20.40 | $0.00 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4624246 | | CJ | ~Canteen Date : 20050516 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050523 08:44 | ML - Mail | 4652459 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050523 10:26 | IC - Transfer from Inmate to Club A/c | 4653821 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655825 | | CJ | ~Canteen Date : 20050523 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050525 12:11 | EX - External Disbursement | 4664493 | 34789 | CJ | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $17.45 | $0.00 | $0.00 |
| 20050525 12:12 | EX - External Disbursement | 4664495 | 34788 | CJ | ~GABE SCHIAVO | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050525 12:12 | EX - External Disbursement | 4664496 | 34787 | CJ | ~GABE SCHIAVO | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050606 22:30 | CN - Canteen | 4722327 | | CJ | ~Canteen Date : 20050606 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050607 10:04 | ML - Mail | 4725866 | | CJ | ~ROBERT ALLEN DOCK | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050607 10:04 | MA - Maintenance and Administration | 4725868 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050609 11:47 | AT - Account Transfer | 4745655 | | CJ | ~SNEAKERS~W64291 SIMMONS,ORRIN  PERSONAL | $13.99 | $0.00 | $0.00 | $13.99 |
| 20050609 11:48 | IC - Transfer from Inmate to Club A/c | 4745665 | | CJ | ~SNEAKERS S/P~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $43.99 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4749043 | | CJ | | $0.35 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4749044 | | CJ | | $0.00 | $0.00 | $1.54 | $0.00 |
| 20050613 22:30 | CN - Canteen | 4774125 | | CJ | ~Canteen Date : 20050613 | $0.00 | $11.10 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20050705 12:11

| | | | | |
|---|---|---|---|---|
| Commit# : | W64291 | MCI CEDAR JUNCTION | | Page: 3 |
| Name : | SIMMONS, ORRIN, , | Statement From | 20050101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050705 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 144 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050622 08:19 | ML - Mail | 4814787 | 0800917372 I/M.O. | CJ | ~JANICE ROBERTS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050705 08:39 | ML - Mail | 4872435 | | CJ | ~ANGELA JAMISON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050705 08:39 | MA - Maintenance and Administration | 4872437 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050705 10:23 | EX - External Disbursement | 4874725 | 35180 | CJ | ~CLERK OF MIDDLESEX SUPERIOR COURT | $0.00 | $10.00 | $0.00 | $0.00 |
| | | | | | | $398.39 | $494.86 | $42.39 | $15.49 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $114.72 | $392.72 |

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $114.72 | $392.72 | $0.00 | $0.00 | $0.00 | $0.00 |