UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS, ET. AL

C.A. NO. 05-11230-JLT

v.

KATHLEEN DENNEHY ET. AL
Defendants

### PLAINTIFFS EMERGENCY TEMPORARY RESTRAINING ORDER OR/ ALTERNATIVELY PRELIMINARY INJUNCTION APPLICATION

Plaintiffs Mac Hudson and all Plaintiffs, moves this Honorable Court to grant their application for a T.R.O or/ alternatively P.I., to prevent Defendants from obstructing Plaintiffs access to the court via attorney calls restriction and issuing inadequate legal material (pens). Plaintiffs file and rely upon their memorandum of law and exhibits as well as declarations in support.

### CERTIFICATE OF SERVICE

I, Mac Hudson certify that I did serve Nancy White Chief Counsel at 70 Franklin St. Boston MA. 02110-1300 via first class mail

Signed
Mac Hudson

Date: 7/16/05

Respectfully Submitted
PRO-SE
Mac Hudson
MAC HUDSON
P.O. Box 100
S. WALPOLE MA 02071

Tony Gaskins
TONY GASKINS

Derrick Simmons
DERRICK SIMMONS

Carl Odware
CARL ODWARE

Prince Moses
PRINCE MOSES

Derrick Tyler
DERRICK TYLER