UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

TONY B GASKINS, ET. AL.

v.

KATHLEEN DENNEHY, ET AL.
Defendants,

C.A. NO 05-11230-JLT

## Plaintiffs Motion For Appointment Of Counsel

Plaintiffs' move this Honorable Court to grant their motion for appointment of counsel on their denial of effective access to the courts complaint for reasons cited in their memorandum of law contemporaneously filed and attached affidavits.

### Certificate of Service

I, Mac Hudson, certify that I did serve a true copy of this motion to Nancy White Chief Counsel at 70 Franklin St. Boston MA. 02110-1300 via first class mail.

Signed

Mac Hudson

Date

Respectfully submitted
Pro-se

Mac Hudson
MAC HUDSON
P.O. Box 100
S Walpole MA. 02071

Prince Moses
PRINCE MOSES
P.O. Box 100
S Walpole MA 02071

Derick Tyler
DERICK TYLER
P.O. Box 100

Tony Gaskins
TONY GASKINS
P.O. Box 100
S Walpole MA 02071

-2-

*Robert L. Brown*
ROBERT BROWN
P.O. Box 100
S. Walpole MA 02071

*Orrin Simmons*
ORRIN SIMMONS
P.O. Box 100
S. Walpole MA 02071

*Jeffrey Hardy*
JEFFREY HARDY
P.O. Box 100
S. Walpole MA 02071

*Zayorka Bush*
ZAYORKA BUSH
P.O. Box 100
S. Walpole MA 02071

*Michael Keohane*
MICHAEL KEOHANE
P.O. Box 100
S. Walpole MA 02071

*Trevor Higgins*
TREVOR HIGGINS
P.O. Box 100
S. Walpole MA 02071

*Carl Odware*
CARL ODWARE
P.O. Box 100
S. Walpole MA 02071