UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ZAKARYA BUSH, ET. AL                    NO: 05-11230-JTL
         VS
KATHLEEN DENNEHY, ET. AL

PLAINTIFF'S MOTION FOR PRE-TRIAL
CONFERENCE

NOW COMES ZAKARYA BUSH AND PLAINTIFFS, ET. AL, WHOM RESPECTFULLY MOVES THIS COURT TO SCHEDULE A PRETRIAL CONFERENCE, PURSUANT TO FED R. CIV. P. 16(1)

CERTIFICATE OF SERVICE
I, ZAKARYA BUSH CERTIFY THAT I DID SERVE A TRUE COPY OF THIS MOTION ON NANCY WHITE CHIEF COUNSEL AT FRANKLYN STREET, BOSTON MA 02110-1300 VIA FIRST CLASS MAIL
SIGNED
Zakarya Bush

RESPECTFULLY SUBMITTED
PRO-SE
Zakarya Bush
ZAKARYA BUSH
P.O. BOX 100
S. WALPOLE, MA 02071