United States District Court
for the
District of Massachusetts

Michael Keohane, et. al                          No: 05-11230-JTL
        vs
Kathleen Dennehy, et. al

Plaintiffs Motion for Pre-Trial
            Conference

Now Comes Michael Keohane and plaintiffs, et. al, whom Respectfully Moves This Court to Schedual a pretrial Conference, pursuant to Fed R. Civ. P. 16 (1)

Respectfully Submitted
Pro - se

*[signature]*
Michael Keohane
Po Box 100
S. Walpole MA
02071

Certificate of Service
I, Michael Keohane Certify That I did Serve a True Copy of This Motion on Nancy White Cheif Counsel at Franklyn Street, Boston MA 02110-1300 via first Class Mail.

Signed
*[signature]*