United States District Court
for the
District of Massachusetts

Samuel Correa, et. al          c.a. No. 05-11230-JTL
     V
Kathleen Dennehey. et. al.

Plaintiffs Motion for a Pre Trial
Conference

Now comes Samuel Correa and Plaintiffs, whom respect-
fully moves this Honorable court to schedule a Pretrial
Conference, pursuant to Fed. R. Civ. P. 16 (1)

Certificate of Struice
I, Samuel Correa Certify that
I did serve a True copy of this
Motion on Nancy white chief counsel
at to Franklin st. Boston MA,
02110-1300 via first Class mail.

Signed
Samuel Correa

Respectfully Submitted
Pro se

Samuel Correa
Samuel Correa
PO Box 100
S, Walpole MA. 02071