UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ORRIN SIMMONS, ET. AL                                    No: 05-11230-JLT
        VS
KATHLEEN DENNEHY, ET. AL

PLAINTIFFS MOTION FOR PRETRIAL
CONFERENCE

Now, comes Orrin Simmons Plaintiff, et al, whom respectfully moves this court to schedule a pretrial conference, persuant to Fed. R. Civ. P. 16(4)

Respectfully Submitted,

CERTIFICATE OF SERVICE

I Orrin Simmons certify that I did serve a true copy of this motion on Nancy White, Chief Counsel at Franklin Street, Boston, MA. 02110-1300.
    Via First Class Mail

ORRIN SIMMONS
P.O. BOX 100
S. WALPOLE, MA.
       02071-0100

Signed _____