United States District Court
For The
District of Massachusetts

Tony B. Gaskins, et. al.                 C.A. No. 05-11230-JTL

V.

Kathleen Dennehy, et. al.

Plaintiffs Motion For a Pretrial
Conference

Now comes Mac Hudson and Plaintiffs, whom respectfully moves this Honorable Court to schedule a pretrial conference, pursuant to Fed. R. Civ. P. 16(1)

Respectfully Submitted
Pro-se

Mac Hudson
Mac Hudson
P.O. Box 100
S. Walpole MA 02071

Certificate of Service

I, Mac Hudson certify that I did serve a true copy of this motion on Nancy White Chief Counsel praesu at 70 Franklin St. Boston MA. 02110-1300 via first class mail.
signed
Mac Hudson

Tony Gaskins
Tony Gaskins
P.O. Box 100
S Walpole MA 02071