UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS, et al.,                *
                                        *
         Plaintiffs,                    *
                                        *
v.                                      *    Civil Action No. 05-11230-JLT
                                        *
KATHLEEN DENNEHY, et al.,               *
                                        *
         Defendants.                    *

ORDER

July 28, 2005

TAURO, J.

This court hereby orders that:

1.  Plaintiffs' Motion for Appointment of Counsel [#20] is ALLOWED, provided that the Pro Bono Coordinator is able to secure *pro bono* counsel willing to accept an appointment on this case. If no *pro bono* counsel is available after reasonable efforts have been made to obtain counsel, this Court will vacate the Order for appointment of counsel and direct that Plaintiffs proceed with this action *pro se*.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                        United States District Judge