# United States District Court

FOR THE _____ DISTRICT OF _MASSACHUSETTS_

TONY B. GASKINS, ET AL.,
Plaintiff

V.

KATHLEEN M. DENNEHY, ET AL.,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-CV-11230-JLT

I, _STEVEN JACOBBE_ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     [✓] Yes     [ ] No     (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _MCI-CEDAR JUNCTION_

    Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     [ ] Yes     [✓] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  _N/A_

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment     [ ] Yes     [✓] No
    b. Rent payments, interest or dividends              [ ] Yes     [✓] No
    c. Pensions, annuities or life insurance payments    [ ] Yes     [✓] No
    d. Disability or workers compensation payments       [ ] Yes     [✓] No
    e. Gifts or inheritances                             [ ] Yes     [✓] No
    f. Any other sources                                 [ ] Yes     [✓] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  *NONE*

I declare under penalty of perjury that the above information is true and correct.

7-13-05 _____  *Steven Jacobbe* _____
DATE                                SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ *0 personal, 0 sav-ings* on account to his/her credit at (name of institution) *MCI- Cedar Junction - Walpole*. I further certify that the applicant has the following securities to his/her credit: *0.*

_____. I further certify that during the past six months the applicant's average balance was $ *0.*

7-29-05 _____  *Marie Stowe  Treasurer* _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date : 20050719 13:28

| | | | | Page : 1 |
|---|---|---|---|---|
| Commit# : | W81729 | | LEMUEL SHATTUCK (8 NORTH) | |
| Name : | JACOBBE, STEVEN, , | Statement From | 20050101 | |
| Inst : | LEMUEL SHATTUCK (8 NORTH) | To | 20050719 | |
| Block : | 8 NORTH | | | |
| Cell/Bed : | 816 /1 | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $805.28 | $803.76 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3987833 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4116819 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4287747 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4427576 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4593876 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4755618 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050713 16:52 | IS - Interest | 4930842 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $1.52 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $1.52 | $0.00 | $150.76 ↑ | $0.00 | $150.76 ↑ | $0.00 |

-AFFIDAVIT-

I declare under penalty of perjury that the above information is true and correct.

I Steven Jacobbe declare I have no assets and no money in my trust account for the last 6-months.

DATE: 7-29-05

Steve Jacobbe W-81729
X Steve Jr  7-29-05
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA. 02071