Inmate Name _____Hudson, Mac_____

Commitment Number _____W48494_____

Period Encompassed ___12/1/04 - 5/31/05___

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 490.46 | 0 | 490.46 |
| 20% of Six Month Average Daily Balance |  |  | 98.09 |
| Total Expenditures for Period | 1128.50 |  |  |
| Total Income for Period | 828.11 |  |  |

To the best of my knowledge, the above summary information is true and accurate:

Signed: INMATE ACCOUNTS    Time: _____    Date: JUL 2 9 2005

**MASS. CORR. INST. WALPOLE**

Note: A copy of the inmate's account activity statement for the six month period ("Inmate
Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050729 14:22

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W48494 | | | MCI CEDAR JUNCTION | Page: 5 |
| Name : | HUDSON, MAC, , | | Statement From | 20041201 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050531 | |
| Block : | TEN BLOCK | | | | |
| Cell/Bed : | 3/A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $3,431.77 | $3,073.73 | $33.00 | $33.00 |
| 20041206 09:05 | IC - Transfer from Inmate to Club A/c | 3767542 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772593 | | CJ | ~Canteen Date : 20041206 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20041207 09:23 | IC - Transfer from Inmate to Club A/c | 3774349 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20041207 09:24 | IC - Transfer from Inmate to Club A/c | 3774373 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.35 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781879 | | CJ | | $1.13 | $0.00 | $0.00 | $0.00 |
| 20041208 09:50 | IC - Transfer from Inmate to Club A/c | 3796041 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.36 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823277 | | CJ | ~Canteen Date : 20041213 | $0.00 | $3.74 | $0.00 | $0.00 |
| 20041216 09:24 | ML - Mail | 3842856 | 4546392496 8/M.O. | CJ | ~C. CROSS | $200.00 | $0.00 | $0.00 | $0.00 |
| 20041216 09:24 | MA - Maintenance and Administration | 3842858 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041216 09:46 | EX - External Disbursement | 3843291 | 32963 | CJ | ~KOSS CORPORATION | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041216 09:47 | IC - Transfer from Inmate to Club A/c | 3843297 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20041216 10:36 | EX - External Disbursement | 3843798 | 32962 | CJ | ~CELL SHOP | $0.00 | $21.99 | $0.00 | $0.00 |
| 20041216 10:37 | EX - External Disbursement | 3843804 | 32961 | CJ | ~KELCH ENTERPRISES | $0.00 | $20.00 | $0.00 | $0.00 |
| 20041216 11:11 | IC - Transfer from Inmate to Club A/c | 3843884 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.22 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858247 | | CJ | ~Canteen Date : 20041220 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20041222 09:18 | ML - Mail | 3865656 | | CJ | ~PERNELL POWELL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041222 11:10 | EX - External Disbursement | 3866404 | 33014 | CJ | ~CELL SHOP | $0.00 | $20.99 | $0.00 | $0.00 |
| 20041222 11:10 | EX - External Disbursement | 3866408 | 33013 | CJ | ~HIP HOPPA DESIGNS | $0.00 | $25.00 | $0.00 | $0.00 |
| 20041222 11:20 | EX - External Disbursement | 3866485 | 33012 | CJ | ~CENTURY BANK | $0.00 | $150.00 | $0.00 | $0.00 |
| 20041222 12:53 | IC - Transfer from Inmate to Club A/c | 3866718 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.35 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3890518 | | CJ | ~Canteen Date : 20041227 | $0.00 | $19.88 | $0.00 | $0.00 |
| 20050103 10:42 | IC - Transfer from Inmate to Club A/c | 3918665 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $15.35 | $0.00 | $0.00 |
| 20050103 10:42 | IC - Transfer from Inmate to Club A/c | 3918666 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $12.65 | $0.00 | $0.00 |
| 20050103 11:14 | ML - Mail | 3918867 | | CJ | ~SETTLEMENT AND RELEASE OF CLAIM, GRIEVANCE #5675/REIMBURSEMENT FOR TYPEWRITER RIBBON | $5.12 | $0.00 | $0.00 | $0.00 |
| 20050103 11:14 | MA - Maintenance and Administration | 3918868 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921752 | | CJ | ~Canteen Date : 20050103 | $0.00 | $1.72 | $0.00 | $0.00 |
| 20050107 10:03 | EX - External Disbursement | 3949701 | 33190 | CJ | ~ETHEL WALKER | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050110 10:00 | EX - External Disbursement | 3953713 | 33241 | CJ | ~LET MY FINGERS DO YOUR TYPING | $0.00 | $50.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050729 14:22

| Commit# : | W48494 | | | | | | Page: 6 | |
|---|---|---|---|---|---|---|---|---|
| Name : | HUDSON, MAC, , | | | | | MCI CEDAR JUNCTION | | |
| Inst : | MCI CEDAR JUNCTION | | | | Statement From | 20041201 | | |
| Block : | TEN BLOCK | | | | To | 20050531 | | |
| Cell/Bed : | 3/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050110 22:30 | CN - Canteen | 3936895 | | CJ | ~Canteen Date : 20050110 | $0.00 | $4.92 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982957 | | CJ | | $0.84 | $0.00 | $0.00 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001149 | | CJ | ~Canteen Date : 20050117 | $0.00 | $6.26 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030521 | | CJ | ~Canteen Date : 20050124 | $0.00 | $2.24 | $0.00 | $0.00 |
| 20050127 11:28 | EX - External Disbursement | 4050182 | 33395 | CJ | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $27.85 | $0.00 | $0.00 |
| 20050127 11:28 | EX - External Disbursement | 4050183 | 33394 | CJ | ~KELCH ENTERPRISES | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050127 11:28 | EX - External Disbursement | 4050184 | 33393 | CJ | ~EDWARD R. HAMILTON | $0.00 | $30.40 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060830 | | CJ | ~Canteen Date : 20050131 | $0.00 | $1.68 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066020 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.10 | $0.00 | $0.00 |
| 20050204 08:43 | EX - External Disbursement | 4088132 | 33547 | CJ | ~K & A MAIL ORDER SERVICE INC. | $0.00 | $37.00 | $0.00 | $0.00 |
| 20050204 08:43. | MA - Maintenance and Administration | 4088133 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050207 09:22 | ML - Mail | 4099736 | 493083 | CJ | ~CENTURY BANK | $90.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112033 | | CJ | | $0.37 | $0.00 | $0.00 | $0.00 |
| 20050214 07:42 | ML - Mail | 4141893 | | CJ | ~PERNELL POWELL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050215 09:15 | EX - External Disbursement | 4148328 | 33642 | CJ | ~GAIL SMITH | $0.00 | $75.00 | $0.00 | $0.00 |
| 20050218 11:09 | IC - Transfer from Inmate to Club A/c | 4171305 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $11.60 | $0.00 | $0.00 |
| 20050218 11:10 | IC - Transfer from Inmate to Club A/c | 4171310 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175252 | | CJ | ~Canteen Date : 20050221 | $0.00 | $4.12 | $0.00 | $0.00 |
| 20050222 09:27 | ML - Mail | 4176983 | | CJ | ~NO NAME GIVEN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050225 13:18 | ML - Mail | 4200026 | | CJ | | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050228 10:16 | EX - External Disbursement | 4203049 | 33793 | CJ | ~ETHEL WALKER | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050302 11:01 | EX - External Disbursement | 4214394 | 33808 | CJ | ~ETHEL WALKER | $0.00 | $40.00 | $0.00 | $0.00 |
| 20050302 11:01 | MA - Maintenance and Administration | 4214395 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240750 | | CJ | ~Canteen Date : 20050307 | $0.00 | $10.11 | $0.00 | $0.00 |
| 20050308 11:24 | EX - External Disbursement | 4244278 | 33902 | CJ | ~APPEALS COURT CLERKS OFFICE | $0.00 | $26.00 | $0.00 | $0.00 |
| 20050311 09:41 | ML - Mail | 4267277 | | CJ | ~JENNIFER BASS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050314 10:23 | IC - Transfer from Inmate to Club A/c | 4271583 | | CJ | ~E01/DBOARD TAPES~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273484 | | CJ | ~Canteen Date : 20050314 | $0.00 | $1.04 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4283120 | | CJ | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20050317 09:46 | ML - Mail | 4309057 | 997 | CJ | ~ERICA FARIAS | $25.00 | $0.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050729 14:22

| | | | | | | | | Page: 7 |
|---|---|---|---|---|---|---|---|---|

| Commit# : | W49494 | | | | MCI CEDAR JUNCTION | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | HUDSON, MAC, , | | | Statement From | 20041201 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050531 | | | |
| Block : | TEN BLOCK | | | | | | | |
| Cell/Bed : | 3/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050322 08:19 | ML - Mail | 4323167 | | CJ | ~PERNELL POWELL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352687 | | CJ | ~Canteen Date : 20050328 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423076 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439461 | | CJ | ~Canteen Date : 20050411 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050415 08:11 | ML - Mail | 4465623 | | CJ | ~DONNA HUGHES | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050415 08:11 | MA - Maintenance and Administration | 4465625 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050420 12:13 | EX - External Disbursement | 4481454 | 34379 | CJ | ~ETHEL WALKER | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050420 12:14 | EX - External Disbursement | 4481457 | 34378 | CJ | ~AMERICA VOICE MAIL | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050425 10:57 | IC - Transfer from Inmate to Club A/c | 4500861 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.35 | $0.00 | $0.00 |
| 20050425 10:59 | IC - Transfer from Inmate to Club A/c | 4500885 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502397 | | CJ | ~Canteen Date : 20050425 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050505 08:34 | ML - Mail | 4558152 | 0204399/M.O. | CJ | ~WINSTON | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050505 08:34 | MA - Maintenance and Administration | 4558135 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050506 12:04 | IC - Transfer from Inmate to Club A/c | 4566647 | | CJ | ~JAMINE FRAYER OIL~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $2.99 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573824 | | CJ | ~Canteen Date : 20050509 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050511 09:31 | AJ - Adjustments | 4582980 | | CJ | ~5/11 PER SOVEREIGN BANK - BARBADOS POSTAL M.O. #0204399 NON-NEGOTIABLE | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589489 | | CJ | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20050512 12:45 | IC - Transfer from Inmate to Club A/c | 4611362 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050512 12:45 | IC - Transfer from Inmate to Club A/c | 4611364 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.81 | $0.00 | $0.00 |
| 20050516 08:46 | ML - Mail | 4620077 | 5389378085 6/M.O. | CJ | ~MAGNOLIA CROSS | $150.00 | $0.00 | $0.00 | $0.00 |
| 20050516 12:20 | IC - Transfer from Inmate to Club A/c | 4622467 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.78 | $0.00 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4624130 | | CJ | ~Canteen Date : 20050516 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050526 11:15 | EX - External Disbursement | 4676259 | 34804 | CJ | ~OPHELIA KISS AKQUAL | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050526 11:16 | EX - External Disbursement | 4676260 | 34803 | CJ | ~ETHEL WALKER | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4684304 | | CJ | ~Canteen Date : 20050527 | $0.00 | $11.10 | $0.00 | $0.00 |
| | | | | | | $828.11 | $1,128.50 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $37.65 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050729 14:22

| | | | | | | | Page: 8 |
|---|---|---|---|---|---|---|---|
| Commit# : | W48494 | | | | MCI CEDAR JUNCTION | | |
| Name : | HUDSON, MAC, , | | | Statement From | 20041201 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050531 | | |
| Block : | TEN BLOCK | | | | | | |
| Cell/Bed : | 3 /A | | | | | | |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence | |
|---|---|---|---|---|---|---|
| $67.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Inmate Name                    Tyler, Derrick

Commitment Number              W48332

Period Encompassed             12/1/04 - 5/31/05

|                                        | Personal | Savings | Total  |
|----------------------------------------|----------|---------|--------|
| Six Month Average Daily Balance        | 147.44   | 48.11   | 195.55 |
| 20% of Six Month Average Daily Balance |          |         | 39.11  |
| Total Expenditures for Period          | 1129.22  |         |        |
| Total Income for Period                | 939.64   |         |        |

To the best of my knowledge, the above summary information is true and accurate:

Signed: _____  Time: _____  Date: JUL 2 9 2005

INMATE ACCOUNTS
MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050729 14:22

| | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|

| Commit# : | W48332 | | | | MCI CEDAR JUNCTION | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | TYLER, DERRICK, , | | | Statement From | 20041201 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050531 | | | |
| Block : | TEN BLOCK | | | | | | | |
| Cell/Bed : | 42 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | **Total Transaction before this Period :** | | $2,958.57 | $2,669.92 | $391.72 | $320.00 |
| 20041203 09:19 | ML - Mail | 3763589 | 5601 | CJ | ~BERNARD SCOTT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041203 09:19 | MA - Maintenance and Administration | 3763591 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772591 | | CJ | ~Canteen Date : 20041206 | $0.00 | $4.33 | $0.00 | $0.00 |
| 20041207 09:34 | IC - Transfer from Inmate to Club A/c | 3774601 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE-Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781889 | | CJ | | $0.75 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781890 | | CJ | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20041213 09:17 | EX - External Disbursement | 3818239 | 32921 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823275 | | CJ | ~Canteen Date : 20041213 | $0.00 | $5.19 | $0.00 | $0.00 |
| 20041216 09:25 | ML - Mail | 3842889 | 4346392497 9/M.O. | CJ | ~C. CROSS | $200.00 | $0.00 | $0.00 | $0.00 |
| 20041216 11:08 | IC - Transfer from Inmate to Club A/c | 3843863 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858245 | | CJ | ~Canteen Date : 20041220 | $0.00 | $10.44 | $0.00 | $0.00 |
| 20041222 11:13 | EX - External Disbursement | 3866424 | 33011 | CJ | ~CHRYSTAL JONES | $0.00 | $125.00 | $0.00 | $0.00 |
| 20041222 11:18 | EX - External Disbursement | 3866455 | 33010 | CJ | ~CAROLYN FOREMAN | $0.00 | $75.00 | $0.00 | $0.00 |
| 20041224 09:34 | EX - External Disbursement | 3885862 | 33096 | CJ | ~FLICK MB INC. | $0.00 | $29.70 | $0.00 | $0.00 |
| 20041224 11:23 | IC - Transfer from Inmate to Club A/c | 3886437 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041224 11:23 | IC - Transfer from Inmate to Club A/c | 3886438 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041224 11:24 | IC - Transfer from Inmate to Club A/c | 3886445 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041227 08:54 | ML - Mail | 3887386 | | CJ | ~L. VAUGHN | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3890316 | | CJ | ~Canteen Date : 20041227 | $0.00 | $13.75 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921750 | | CJ | ~Canteen Date : 20050103 | $0.00 | $5.23 | $0.00 | $0.00 |
| 20050105 10:46 | EX - External Disbursement | 3930793 | 33177 | CJ | ~RONDA SPAIN | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050105 10:46 | MA - Maintenance and Administration | 3930794 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050107 09:41 | EX - External Disbursement | 3949518 | 33189 | CJ | ~RELIANCE COLOR LABS INC, | $0.00 | $9.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956893 | | CJ | ~Canteen Date : 20050110 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982967 | | CJ | | $0.92 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982968 | | CJ | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001147 | | CJ | ~Canteen Date : 20050117 | $0.00 | $2.49 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030519 | | CJ | ~Canteen Date : 20050124 | $0.00 | $0.36 | $0.00 | $0.00 |
| 20050125 09:37 | EX - External Disbursement | 4032084 | 33378 | CJ | ~HOT GIRLZ INC. | $0.00 | $19.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050729 14:22

| Commit# : | W48332 | | | | | | | Page : | 2 |
|---|---|---|---|---|---|---|---|---|---|

| Name : | TYLER, DERRICK, , | | | Statement From | 20041201 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Inst : | MCI CEDAR JUNCTION | | | To | 20050531 | | | | |
|---|---|---|---|---|---|---|---|---|---|

Block : TEN BLOCK

Cell/Bed : 42/A

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050131 22:30 | CN - Canteen | 4060764 | | CJ | ~Canteen Date : 20050131 | $0.00 | $0.99 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096863 | | CJ | ~Canteen Date : 20050207 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112043 | | CJ | | $0.65 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112044 | | CJ | | $0.00 | $0.00 | $0.19 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145867 | | CJ | ~Canteen Date : 20050214 | $0.00 | $12.63 | $0.00 | $0.00 |
| 20050216 09:05 | EX - External Disbursement | 4153546 | 33671 | CJ | ~DENISE BRAXTON | $0.00 | $160.00 | $0.00 | $0.00 |
| 20050216 09:05 | MA - Maintenance and Administration | 4153547 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175250 | | CJ | ~Canteen Date : 20050221 | $0.00 | $2.16 | $0.00 | $0.00 |
| 20050223 08:27 | ML - Mail | 4182232 | | CJ | ~SHAWN DRUMGOLD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050224 11:44 | IC - Transfer from Inmate to Club A/c | 4195118 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050224 11:45 | IC - Transfer from Inmate to Club A/c | 4195119 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4206001 | | CJ | ~Canteen Date : 20050228 | $0.00 | $3.01 | $0.00 | $0.00 |
| 20050304 08:13 | ML - Mail | 4231483 | | CJ | ~CAROL FOREMAN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050304 08:13 | MA - Maintenance and Administration | 4231484 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240748 | | CJ | ~Canteen Date : 20050307 | $0.00 | $2.85 | $0.00 | $0.00 |
| 20050308 11:23 | EX - External Disbursement | 4244274 | 33901 | CJ | ~DERICK TYLER | $0.00 | $75.00 | $0.00 | $0.00 |
| 20050311 11:55 | IC - Transfer from Inmate to Club A/c | 4263028 | | CJ | ~CASIO WATCH BATTERY~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $1.64 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273482 | | CJ | ~Canteen Date : 20050314 | $0.00 | $3.32 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4283130 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4283131 | | CJ | | $0.00 | $0.00 | $0.20 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4320984 | | CJ | ~Canteen Date : 20050321 | $0.00 | $3.12 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352685 | | CJ | ~Canteen Date : 20050328 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387353 | | CJ | ~Canteen Date : 20050404 | $0.00 | $8.67 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423086 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423087 | | CJ | | $0.00 | $0.00 | $0.23 | $0.00 |
| 20050411 09:39 | CI - Transfer from Club to Inmate A/c | 4436650 | | CJ | ~CNTN REFUND (4/4 ORDER)~W48332 TYLER,DERRICK PERSONAL~KCN WASH ACCOUNT - Z5 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439459 | | CJ | ~Canteen Date : 20050411 | $0.00 | $0.21 | $0.00 | $0.00 |
| 20050412 08:44 | ML - Mail | 4441957 | | CJ | ~PATRICK CAHILL | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050412 08:44 | MA - Maintenance and Administration | 4441959 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050729 14:22

| | | | | | | Page : 3 |
|---|---|---|---|---|---|---|
| Commit# : | W48332 | | | MCI CEDAR JUNCTION | | |
| Name : | TYLER, DERRICK, . | | Statement From | 20041201 | | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050531 | | |
| Block : | TEN BLOCK | | | | | |
| Cell/Bed : | 42 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050415 09:45 | IC - Transfer from Inmate to Club A/c | 4466509 | | CJ | ~WATCH BAND-KCN WASH ACCOUNT - Z5-KCN WASH ACCOUNT - Z5 | $0.00 | $8.95 | $0.00 | $0.00 |
| 20050415 10:05 | IC - Transfer from Inmate to Club A/c | 4466608 | | CJ | ~7156 BATTERY--KCN WASH ACCOUNT - Z5-KCN WASH ACCOUNT - Z5 | $0.00 | $1.64 | $0.00 | $0.00 |
| 20050415 15:31 | AT - Account Transfer | 4467791 | | CJ | ~AUTO. TRANS/ADDED TO LIFERS LIST--W48332 TYLER,DERRICK_PERSONAL | $72.68 | $0.00 | $0.00 | $72.68 |
| 20050415 15:32 | ST - Superintendent Act Transfer | 4467797 | | CJ | ~W48332 TYLER,DERRICK PERSONAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050418 22:30 | CN - Canteen | 4470293 | | CJ | ~Canteen Date : 20050418 | $0.00 | $1.09 | $0.00 | $0.00 |
| 20050421 09:14 | ML - Mail | 4491373 | 0722292939 S/M.O. | CJ | ~DEBBIE RHODES | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050421 09:22 | ML - Mail | 4491485 | | CJ | ~CAROL FOREMAN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502387 | | CJ | ~Canteen Date : 20050425 | $0.00 | $19.93 | $0.00 | $0.00 |
| 20050426 09:50 | ML - Mail | 4505021 | | CJ | ~SHAWN D. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050428 10:48 | IC - Transfer from Inmate to Club A/c | 4522368 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050429 09:59 | EX - External Disbursement | 4527290 | 34478 | CJ | ~DENISE BRAXTON | $0.00 | $150.00 | $0.00 | $0.00 |
| 20050502 09:09 | EX - External Disbursement | 4531145 | 34489 | CJ | ~DENISE BRAXTON | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050502 09:09 | MA - Maintenance and Administration | 4531147 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536461 | | CJ | ~Canteen Date : 20050502 | $0.00 | $14.56 | $0.00 | $0.00 |
| 20050505 14:04 | IC - Transfer from Inmate to Club A/c | 4560669 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.13 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589499 | | CJ | | $0.38 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589500 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050512 12:44 | IC - Transfer from Inmate to Club A/c | 4611360 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050516 08:46 | ML - Mail | 4620067 | 5389378089 7/M.O. | CJ | ~MAGNOLIA CROSS | $150.00 | $0.00 | $0.00 | $0.00 |
| 20050516 11:29 | EX - External Disbursement | 4622190 | 34645 | CJ | ~DENISE BRAXTON | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050524 09:15 | EX - External Disbursement | 4658022 | 34769 | CJ | ~DENISE BRAXTON | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050525 10:41 | ML - Mail | 4664050 | | CJ | ~CAROL FOREMAN | $50.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $939.64 | $1,129.22 | $0.96 | $72.68 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $109.07 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050729 14:22

| | | |
|---|---|---|
| Commit# : | W48332 | MCI CEDAR JUNCTION |
| Name : | TYLER, DERRICK, , | Statement From   20041201 |
| Inst : | MCI CEDAR JUNCTION | To   20050531 |
| Block : | TEN BLOCK | |
| Cell/Bed : | 42 /A | |

Page : 4

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $32.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Inmate Name                 Oduwire Carl

Commitment Number            W61996

Period Encompassed           12/1/04 – 5/31/05

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 545.42 | 0 | -545.42 |
| 20% of Six Month Average Daily Balance |  |  | 109.08 |
| Total Expenditures for Period | 328.60 |  |  |
| Total Income for Period | 287.62 |  |  |

To the best of my knowledge, the above summary information is true and accurate:

Signed: _____ Time: _____    Date: JUL 2 9 2005

MASS. CORR. INST. WALPOLE
P.O. BOX 100
BOX 100 WALPOLE, MA 02071

Note: A copy of the inmate account summary statement for the six month period ("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050729 14:22

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit # : | W61996 | | | | MCI CEDAR JUNCTION | | | Page : 9 |
| Name : | ODWARE, CARL, , | | | Statement From | 20041201 | | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20050531 | | |
| Block : | NINE BLOCK | | | | | | | |
| Cell/Bed : | 27 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,611.19 | $1,023.46 | $25.50 | $25.50 |
| 20041207 17:00 | IS - Interest | 3779930 | | CJ | | $1.33 | $0.00 | $0.00 | $0.00 |
| 20041216 11:41 | EX - External Disbursement | 3843941 | 32970 | CJ | ~EDWARD R. HAMILTON | $0.00 | $38.00 | $0.00 | $0.00 |
| 20041216 11:41 | MA - Maintenance and Administration | 3843942 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041230 08:21 | ML - Mail | 3911807 | | CJ | ~LOUISE DUNN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041230 08:24 | ML - Mail | 3911828 | 104572 | CJ | ~EDWARD HAMILTON REFUND CK | $8.65 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981046 | | CJ | | $1.46 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110175 | | CJ | | $1.62 | $0.00 | $0.00 | $0.00 |
| 20050210 09:33 | ML - Mail | 4132405 | | CJ | ~LOUISE DUNN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050210 08:33 | MA - Maintenance and Administration | 4132406 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050214 13:55 | EX - External Disbursement | 4144609 | 33629 | CJ | ~MAGAZINE-AMERICAN CURVES | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4174094 | | CJ | ~Canteen Date : 20050221 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4204879 | | CJ | ~Canteen Date : 20050228 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050302 11:23 | EX - External Disbursement | 4214500 | 33814 | CJ | ~NICOLE LEAVITTS | $0.00 | $125.00 | $0.00 | $0.00 |
| 20050302 11:23 | MA - Maintenance and Administration | 4214501 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240608 | | CJ | ~Canteen Date : 20050307 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273342 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281313 | | CJ | | $1.65 | $0.00 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352807 | | CJ | ~Canteen Date : 20050328 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050329 08:18 | ML - Mail | 4355003 | | CJ | ~LOUISE DUNN | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387215 | | CJ | ~Canteen Date : 20050404 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421289 | | CJ | | $1.42 | $0.00 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502273 | | CJ | ~Canteen Date : 20050425 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050429 09:41 | ML - Mail | 4527208 | 0801074188 I/M.O. | CJ | ~ZACK ALLEN | $120.00 | $0.00 | $0.00 | $0.00 |
| 20050429 09:41 | MA - Maintenance and Administration | 4527211 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536319 | | CJ | ~Canteen Date : 20050502 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587731 | | CJ | | $1.49 | $0.00 | $0.00 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4635805 | | CJ | ~Canteen Date : 20050523 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4664420 | | CJ | ~Canteen Date : 20050527 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050531 08:29 | ML - Mail | 4686059 | | CJ | ~LOUISE DUNN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050531 08:29 | MA - Maintenance and Administration | 4686061 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050729 14:22

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W61996 | | | | MCI CEDAR JUNCTION | | | Page: 10 | |
| Name : | ODWARE, CARL, , | | | | Statement From | 20041201 | | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20050531 | | | |
| Block : | NINE BLOCK | | | | | | | | |
| Cell/Bed : | 27 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Last Name | Notes | | Personal | | Savings |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | | $287.62 | $325.60 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date: | $346.75 | $0.00 |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $593.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Inmate Name         Simmons, Orrin

Commitment Number    W64291

Period Encompassed    12/1/04 - 5/31/05

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 168.27 | 396.97 | 565.24 |
| 20% of Six Month Average Daily Balance |  |  | 113.05 |
| Total Expenditures for Period | 449.22 |  |  |
| Total Income for Period | 339.41 |  |  |

To the best of my knowledge, the above summary information is true and accurate:

Signed: NMATE_____ MASS. CORR. INST. WALPOLE    Date: JUL 29 2005
P.O. BOX 100
SOUTH WALPOLE, MA 02071

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050729 14:22

| Commit# : | W64291 | | SOUZA-BARANOWSKI CORRECTIONAL | | Page : 13 |
|---|---|---|---|---|---|
| Name : | SIMMONS, ORRIN, , | | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | Statement From | 20041201 | |
| | | | To | 20050531 | |
| Block : | K3 | | | | |
| Cell/Bed : | 29 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,805.77 | $1,669.79 | $368.01 | $3.00 |
| 20041202 11:47 | EX - External Disbursement | 3758495 | 32793 | CJ | ~OILS/BEADS~CRESCENT IMPORTS | $0.00 | $24.15 | $0.00 | $0.00 |
| 20041202 11:47 | MA - Maintenance and Administration | 3758496 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779313 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779314 | | CJ | | $0.00 | $0.00 | $0.81 | $0.00 |
| 20041227 08:54 | ML - Mail | 3887391 | M/O 0800958108 | CJ | ~JANICE ROBERTS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050103 09:20 | AT - Account Transfer | 3918190 | | CJ | ~PER INMATE'S REQUEST~W64291 SIMMONS,ORRIN SAVINGS | $0.00 | $35.00 | $35.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3920616 | | CJ | ~Canteen Date : 20050103 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980446 | | CJ | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980447 | | CJ | | $0.00 | $0.00 | $0.93 | $0.00 |
| 20050120 08:11 | ML - Mail | 4020151 | | CJ | ~K.F. | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:11 | MA - Maintenance and Administration | 4020152 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050121 09:16 | RX - External Disbursement | 4025845 | 33355 | CJ | ~HOT GIRLZ | $0.00 | $11.50 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4029387 | | CJ | ~Canteen Date : 20050124 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050127 09:01 | ML - Mail | 4049503 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050127 11:10 | EX - External Disbursement | 4050121 | 33418 | CJ | ~HOT GIRLS | $0.00 | $13.50 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109583 | | CJ | | $0.46 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109584 | | CJ | | $0.00 | $0.00 | $1.10 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4146023 | | CJ | ~Canteen Date : 20050214 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050228 09:17 | ML - Mail | 4202659 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050228 09:17 | MA - Maintenance and Administration | 4202660 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050304 08:20 | ML - Mail | 4231572 | | CJ | ~R.A. DOCK | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050304 08:20 | MA - Maintenance and Administration | 4231573 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 11:44 | RX - External Disbursement | 4239048 | 33885 | CJ | ~BLUDAMAN ENTERTAINMENT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050307 11:53 | EX - External Disbursement | 4239105 | 33884 | CJ | ~HOT GIRLZ INC. | $0.00 | $12.50 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273360 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:32 | IS - Interest | 4280719 | | CJ | | $0.48 | $0.00 | $0.00 | $0.00 |
| 20050315 16:32 | IS - Interest | 4280720 | | CJ | | $0.00 | $0.00 | $1.11 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4321126 | | CJ | ~Canteen Date : 20050321 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050330 08:22 | ML - Mail | 4359803 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050729 14:22

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W64291 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | Page: 14 | |
| Name : | SIMMONS, ORRIN, , | | | | Statement From    20041201 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To    20050531 | | | |
| Block : | K3 | | | | | | | |
| Cell/Bed : | 29/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050330 09:26 | IC - Transfer from Inmate to Club A/c | 4360418 | | CJ | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050330 09:26 | AT - Account Transfer | 4360413 | | CJ | ~HAIRCUT~W64291 SIMMONS,ORRIN  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20050408 16:47 | IS - Interest | 4420704 | | CJ | | $0.63 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420705 | | CJ | | $0.00 | $0.00 | $1.33 | $0.00 |
| 20050415 11:28 | EX - External Disbursement | 4466998 | 34345 | CJ | ~HOT GIRLZ INC. | $0.00 | $13.50 | $0.00 | $0.00 |
| 20050415 11:28 | MA - Maintenance and Administration | 4467000 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050415 11:28 | EX - External Disbursement | 4467004 | 34344 | CJ | ~PACKAGETRUST.COM | $0.00 | $14.25 | $0.00 | $0.00 |
| 20050415 11:29 | EX - External Disbursement | 4467005 | 34343 | CJ | ~SURROGATE SISTERS | $0.00 | $12.00 | $0.00 | $0.00 |
| 20050502 08:37 | ML - Mail | 4530333 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050502 08:37 | MA - Maintenance and Administration | 4530335 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536347 | | CJ | ~Canteen Date : 20050502 | $0.00 | $14.30 | $0.00 | $0.00 |
| 20050505 10:47 | EX - External Disbursement | 4559653 | 34528 | CJ | ~SURROGATE SISTERS | $0.00 | $26.00 | $0.00 | $0.00 |
| 20050505 10:47 | EX - External Disbursement | 4559654 | 34527 | CJ | ~BLACKWOOD PRODUCTIONS | $0.00 | $16.00 | $0.00 | $0.00 |
| 20050506 12:04 | IC - Transfer from Inmate to Club A/c | 4566546 | | CJ | ~SOMALI ROSE OIL, ISLAMIC HIJAB, BLACK~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $18.98 | $0.00 | $0.00 |
| 20050509 11:23 | EX - External Disbursement | 4572276 | 34570 | CJ | ~HOT GIRLZ | $0.00 | $17.00 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573956 | | CJ | ~Canteen Date : 20050509 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587149 | | CJ | | $0.66 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587150 | | CJ | | $0.00 | $0.00 | $1.38 | $0.00 |
| 20050516 11:37 | EX - External Disbursement | 4622224 | 34657 | CJ | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $20.40 | $0.00 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4624246 | | CJ | ~Canteen Date : 20050516 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050523 08:44 | ML - Mail | 4652459 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050523 10:26 | IC - Transfer from Inmate to Club A/c | 4653821 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655825 | | CJ | ~Canteen Date : 20050523 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050525 12:11 | EX - External Disbursement | 4664493 | 34789 | CJ | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $17.45 | $0.00 | $0.00 |
| 20050525 12:12 | EX - External Disbursement | 4664495 | 34788 | CJ | ~GABE SCHIAVO | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050525 12:12 | EX - External Disbursement | 4664496 | 34787 | CJ | ~GABE SCHIAVO | $0.00 | $25.00 | $0.00 | $0.00 |
| | | | | | | $339.41 | $449.22 | $41.66 | $1.50 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $26.17 | $405.17 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050729 14:22

| | | | | |
|---|---|---|---|---|
| Commit# : | W64291 | | SOUZA-BARANOWSKI CORRECTIONAL | Page: 15 |
| Name : | SIMMONS, ORRIN, , | Statement From | 20041201 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20050531 | |
| Block : | K3 | | | |
| Cell/Bed : | 29 /A | | | |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $82.75 | $125.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Inmate Name ___Higgins, Trevor___

Commitment Number ___W62661___

Period Encompassed ___12/1/04 - 5/31/05___


|                                      | Personal | Savings | Total   |
|--------------------------------------|----------|---------|---------|
| Six Month Average Daily Balance      | 146.16   | 312.79  | 458.95  |
| 20% of Six Month Average Daily Balance |        |         | 91.79   |

Total Expenditures for Period ___81.62___

Total Income for Period ___142.25___


To the best of my knowledge, the above summary information is true and accurate:

Signed: _____ Time: _____ Date: __JUL 2 9 2005__

INMATE ACCOUNTS
MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071

Note: A copy of the inmate's balance activity statement for the six month period ("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050729 14:22

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W62661 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | Page : | 11 |
| Name : | HIGGINS, TREVOR, . | | | | Statement From | 20041201 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20050531 | | |
| Block : | K3 | | | | | | | |
| Cell/Bed : | 09 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $858.50 | $773.10 | $309.92 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779786 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779787 | | CJ | | $0.00 | $0.00 | $0.69 | $0.00 |
| 20041208 09:35 | VC - Voided Check | 3795822 | 32703 | CJ | ~BARBARA JARRETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823423 | | CJ | ~Canteen Date : 20041213 | $0.00 | $4.37 | $0.00 | $0.00 |
| 20041214 08:26 | EX - External Disbursement | 3824808 | 32941 | CJ | ~BARBARA JARRETT | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041214 08:26 | MA - Maintenance and Administration | 3824809 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041228 08:15 | ML - Mail | 3891293 | | CJ | ~JERRY JONES | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980906 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980907 | | CJ | | $0.00 | $0.00 | $0.79 | $0.00 |
| 20050117 22:30 | CN - Canteen | 3999999 | | CJ | ~Canteen Date : 20050117 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050121 15:07 | VC - Voided Check | 4027529 | 32941 | CJ | ~BARBARA JARRETT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050121 15:07 | IC - Transfer from Inmate to Club A/c | 4027531 | | CJ | ~M & A FEE TO PROCESS STOP PAYMENT (CK#32941)~MAINTENANCE & ADMINISTRATION FEE - Z186~MAINTENANCE & ADMINISTRATION FEE - Z186 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110034 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110035 | | CJ | | $0.00 | $0.00 | $0.85 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281169 | | CJ | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281170 | | CJ | | $0.00 | $0.00 | $0.86 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421144 | | CJ | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421145 | | CJ | | $0.00 | $0.00 | $1.03 | $0.00 |
| 20050411 10:33 | EX - External Disbursement | 4437571 | 34265 | CJ | ~EDWARD R. HAMILTON | $0.00 | $9.45 | $0.00 | $0.00 |
| 20050411 10:33 | MA - Maintenance and Administration | 4437573 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587582 | | CJ | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587583 | | CJ | | $0.00 | $0.00 | $1.08 | $0.00 |
| | | | | | | $142.25 | $81.62 | $5.30 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $146.03 | $315.22 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20050729 14:22

| | | | |
|---|---|---|---|
| Commit# : | W62661 | | SOUZA-BARANOWSKI CORRECTIONAL |
| Name : | HIGGINS, TREVOR, , | Statement From | 20041201 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20050531 |
| Block : | K3 | | |
| Cell/Bed : | 09 /A | | |

Page :   12

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $132.31 | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 |

Inmate Name          _Keohane, Michael._

Commitment Number    _W 67741_

Period Encompassed   _12/1/04 - 5/7/05_

                              Personal     Savings      Total

Six Month Average Daily Balance    _78.11_    _26.91_  -  _105.02_

20% of Six Month Average Daily Balance            _21.00_

Total Expenditures for Period    _273.26_

Total Income for Period          _339.65_

To the best of my knowledge, the above summary information is true and accurate:

Signed:_____  Time:_____  Date:_JUL 2 9 2005_

INMATE ACCOUNTS
MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050729 14:22

| Commit# : | W67741 | | | | | | Page : 16 |
|---|---|---|---|---|---|---|---|

| Name : | KEOHANE, MICHAEL, . | | | Statement From | 20041201 | | |

| Inst : | MCI CEDAR JUNCTION | | | To | 20050531 | | |

Block : TEN BLOCK

Cell/Bed : 8 /A

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,384.20 | $3,382.53 | $26.69 | $0.00 |
| 20041202 10:46 | ML - Mail | 3758204 | | CJ | ~MARY PETERS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041202 10:46 | MA - Maintenance and Administration | 3758205 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778081 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778082 | | CJ | | $0.00 | $0.00 | $0.05 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823583 | | CJ | ~Canteen Date : 20041213 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041214 10:40 | IC - Transfer from Inmate to Club A/c | 3826243 | | CJ | ~CASIO WATCH BATTERY~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $1.64 | $0.00 | $0.00 |
| 20041220 08:39 | ML - Mail | 3852265 | | CJ | ~LISA DANNER | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858385 | | CJ | ~Canteen Date : 20041220 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3890646 | | CJ | ~Canteen Date : 20041227 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050103 08:42 | ML - Mail | 3917837 | | CJ | ~MARY PETERS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050103 08:42 | MA - Maintenance and Administration | 3917838 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3920662 | | CJ | ~Canteen Date : 20050103 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050107 09:20 | IC - Transfer from Inmate to Club A/c | 3949320 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3979246 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3979247 | | CJ | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20050121 08:14 | ML - Mail | 4023276 | | CJ | ~MARY PETERS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108408 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108409 | | CJ | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4146073 | | CJ | ~Canteen Date : 20050214 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050218 08:42 | ML - Mail | 4170143 | 9239050337 S/M.O. | CJ | ~LISA DANNER | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050218 08:42 | MA - Maintenance and Administration | 4170445 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4204947 | | CJ | ~Canteen Date : 20050228 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273416 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279568 | | CJ | | $0.29 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279569 | | CJ | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20050331 11:41 | EX - External Disbursement | 4372589 | 34159 | CJ | ~INMATE CONNECTIONS | $0.00 | $40.00 | $0.00 | $0.00 |
| 20050331 11:41 | MA - Maintenance and Administration | 4372591 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 09:52 | EX - External Disbursement | 4383018 | 34186 | CJ | ~BUD PLANT COMIC ART | $0.00 | $31.88 | $0.00 | $0.00 |
| 20050404 09:52 | MA - Maintenance and Administration | 4383020 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date: 20050729 14:22**

| Commit# : | W67741 | | MCI CEDAR JUNCTION | | | Page : 17 |
|---|---|---|---|---|---|---|
| Name : | KEOHANE, MICHAEL, , | | Statement From | 20041201 | | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050531 | | |
| Block : | TEN BLOCK | | | | | |
| Cell/Bed : | 8 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050408 16:47 | IS - Interest | 4419589 | | CJ | | $0.45 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419590 | | CJ | | $0.00 | $0.00 | $0.08 | $0.00 |
| 20050415 08:13 | ML - Mail | 4465641 | | CJ | ~NO NAME GIVEN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050419 11:00 | IC - Transfer from Inmate to Club A/c | 4474254 | | CJ | ~MUSK OIL - MADINA; PRAYER BEADS, MEDIUM, WHITE; KUFI/PRAYER CAP, WHITE~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $13.17 | $0.00 | $0.00 |
| 20050419 12:44 | EX - External Disbursement | 4474855 | 34370 | CJ | ~BMG MUSIC SERVICE | $0.00 | $16.74 | $0.00 | $0.00 |
| 20050502 08:16 | ML - Mail | 4530039 | | CJ | ~MARY PETERS | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050502 08:16 | MA - Maintenance and Administration | 4530041 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4536397 | | CJ | ~Canteen Date : 20050502 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050509 09:52 | ML - Mail | 4571002 | 103 | CJ | ~MARY PETERS | $38.33 | $0.00 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4574064 | | CJ | ~Canteen Date : 20050509 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586047 | | CJ | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586048 | | CJ | | $0.00 | $0.00 | $0.09 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4624292 | | CJ | ~Canteen Date : 20050516 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050526 11:16 | EX - External Disbursement | 4676261 | 34811 | CJ | ~BMG MUSIC | $0.00 | $20.77 | $0.00 | $0.00 |
| 20050531 09:41 | IC - Transfer from Inmate to Club A/c | 4686903 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| | | | | | | $339.65 | $273.26 | $0.42 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $67.76 | $27.11 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $269.42 | $27.31 | $0.00 | $0.00 | $0.00 | $0.00 |