UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS, et al.,                    No. 05-cv-11230-JLT

    Plaintiffs,

    v.

KATHLEEN M. DENNEHY, et al,

    Defendants.

### NOTICE OF APPEARANCE

    Notice is hereby given that undersigned counsel enters his appearance for Kathleen Dennehy, Timothy Hall, David Nolan, Lisa Mitchell, John Luongo, and Beverly Veglas, the defendants herein.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Date: August 15, 2005          __/s/ DAVID J. RENTSCH_____
                               David J. Rentsch, Counsel
                               Legal Division
                               Department of Correction
                               70 Franklin Street, Suite 600
                               Boston, MA  02110-1300
                               (617) 727-3300, ext. 142
                               BBO #544926

### CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each plaintiff, *pro se*, by first class mail, postage pre-paid, at his current address.

Date: August 15, 2005          __/s/ DAVID J. RENTSCH_____
                               David J. Rentsch