```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

TONY B. GASKINS, et al.,                No. 05-cv-11230-JLT

    Plaintiffs,

    v.

KATHLEEN M. DENNEHY, et al,

    Defendants.

## MOTION FOR EXEMPTION FROM LR 7.1 REQUIRING MOTION CONFERENCE

The defendants, through their counsel, respectfully request that this Court exempt them from the requirements of LR 7.1(A)(2) for all motions which may be filed while the plaintiffs are *pro se* in this matter. In support, counsel states that the plaintiffs are fourteen prisoners who are currently confined at two different correctional facilities. Any attempts to confer with them prior to the filing of motions would be unduly burdensome, create unnecessary delays, and serve no useful purpose.

                                DEFENDANTS

                                By their attorney,

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

Date: August 15, 2005        __/s/ DAVID J. RENTSCH_____
                                                  David J. Rentsch, Counsel
                                                  Legal Division
                                                  Department of Correction
                                                  70 Franklin Street, Suite 600
                                                  Boston, MA  02110-1300
                                                  (617) 727-3300, ext. 142
                                                  BBO #544926

2

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each plaintiff, <u>pro se</u>, by first class mail, postage pre-paid, at his current address.

Date: August 15, 2005        __/s/ DAVID J. RENTSCH_____
                                    David J. Rentsch