```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

TONY B. GASKINS, et al.,                    No. 05-cv-11230-JLT

    Plaintiffs,

    v.

KATHLEEN M. DENNEHY, et al,

    Defendants.

## MOTION TO ENLARGE TIME

The defendants hereby move this Court to enlarge the time to respond to the Complaint (P#3), up to and including September 15, 2005. In support, counsel states that this case was just recently assigned to him, and he will need additional time to investigate and respond to the allegations in the plaintiffs' *pro se* pleadings. The defendants also request this same additional time to respond to the plaintiffs' Motion for a Temporary Restraining Order or Alternatively for a Preliminary Injunction (P#18).

                                      DEFENDANTS

                                      By their attorney,

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

Date: August 15, 2005              __/s/ DAVID J. RENTSCH_____
                                            David J. Rentsch, Counsel
                                            Legal Division
                                            Department of Correction
                                            70 Franklin Street, Suite 600
                                            Boston, MA  02110-1300
                                            (617) 727-3300, ext. 142
                                            BBO #544926

2

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each plaintiff, <u>pro se</u>, by first class mail, postage pre-paid, at his current address.

Date: August 15, 2005    \_\_/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch