U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF  Tony B. Gaskins, et al. | COURT CASE NUMBER  05-11230-JLT |
| DEFENDANT  Kathleen Dennehy, et al. | TYPE OF PROCESS  Civil Action |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Commissioner of Correction (Kathleen Dennehy)

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Maple Street, Milford, MA. 01757

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tony B. Gaskins
P.O. Box 100
So. Walpole, MA. 02071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 6 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

I don't know her work schedule but I'm sure its 9-5pm, Mon-Fri.

| Signature of Attorney or other Originator requesting service on behalf of: Tony Gaskins | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  N/A | DATE  6/28/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date  7/19/05 |
|---|---|---|---|---|---|

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Sara Stoico

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service  8/8/05 | Time  1000  am |
|---|---|

Signature of U.S. Marshal or Deputy
Cynthia Bohr

| Service Fee  45.00 | Total Mileage Charges (including endeavors)  21.17 | Forwarding Fee | Total Charges  66.17 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: FWD to USM Worcester

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/8

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

TONY B. GASKINS,
              Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

KATHLEEN DENNEHY, ET AL.,
              Defendants

CASE     C.A. 05-11230-JLT

TO: (Name and address of Defendant)

KATHLEEN DENNEHY, COMMISSIONER OF CORRECTIONS, *50 Maple St., Ste 3, Milford, MA. 01257*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TONY B. GASKINS, Pro Se, *MCI-Cedar Junction, P.O. Box 100, So. Walpole, MA. 02071*

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you,    20*    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON        6/24/05
CLERK                                          DATE

*[signature]*
(By) DEPUTY CLERK

AC 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/8/2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Cynthia Bohn | Deputy US Marshal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where  50 Maple St. Milford MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/2005         *Cynthia Bohn*
               Date              Signature of Server

Address of Server:
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.