UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins, et al.,

    Plaintiffs,                      Civil Action
                                      No. 05-11230-JLT

v.

Kathleen Dennehy, et al.,

    Defendants.


**PLAINTIFFS JOINT MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION**

Now comes the plaintiffs in the above-civil action moves this Honorable Court to grant this Motion for TRO and a Preliminary Injunction. This motion is presented to prevent the defendants from continually obstructing plaintiffs access to the courts via attorney call restrictions and issuing inadequate "rubber pens" for the plaintiffs to write with that are "lacking." See attached memorandum of law in support of this motion.

                                              Respectfully Submitted,

                                              _/s/ Tony B. Gaskins_
                                              Tony B. Gaskins, Pro se
                                              MCI-Cedar Junction
                                              P.O. Box 100
                                              South Walpole, Ma. 02071

Dated: 9/1/05