U.S. District Court

\# 05-11230-JLT

Gaskins, etal.,
        V.
Dennehy, etal.,

    Please find enclosed a printout of my account that I had forgotten to file along with the motion that I had submitted earlier this month.

    Can you please put this printout of my account with the motion.

    I thank you in advance for your help in this important matter.


                    Respectfully submitted

                    Robert L. Brown
                    Robert L. Brown  #W69773
                    P.O. Box 100
                    S. Walpole, Ma. 02071

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20051011 10:08**

Page :   1

| Commit# : | W69773 | | | | MCI CEDAR JUNCTION | | | | |
| **Name :** | | | | | **Statement From** | 20050301 | | | |
| **Inst :** | MCI CEDAR JUNCTION | | | | **To** | 20051011 | | | |
| **Block :** | BLOCK 3 | | | | | | | | |
| **Cell/Bed :** | 6 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $1,015.17 | $961.74 | $519.89 | $413.52 |
| 20050308 08:34 | ML - Mail | 4243222 | 680 | CJ | ~BARBARA BROWN | $35.00 | $0.00 | $0.00 | $0.00 |
| 20050308 08:34 | MA - Maintenance and Administration | 4243224 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050314 14:49 | EX - External Disbursement | 4272527 | 33952 | CJ | ~EDWARD R. HAMILTON | $0.00 | $11.40 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273526 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4284542 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4284543 | | CJ | | $0.00 | $0.00 | $0.29 | $0.00 |
| 20050322 10:48 | AJ - Adjustments | 4324325 | | CJ | ~CK#662 FROM BARBARA BROWN ($25) GIVEN TO WRONG INMATE 11/22/04. DEBIT ADJ DONE TO W41660 AND CREDIT ADJ DONE TO W69773 3/22/05. | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387407 | | CJ | ~Canteen Date : 20050404 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4424467 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4424468 | | CJ | | $0.00 | $0.00 | $0.35 | $0.00 |
| 20050413 11:12 | EX - External Disbursement | 4448963 | 34308 | CJ | ~PER COURT ORDER, YEARLY PAY'T OF $10 TOWARDS VICTIM WITNESS FEE DOCKET #2000-00342A~BRISTOL SUPERIOR COURT | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050413 11:12 | MA - Maintenance and Administration | 4448965 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050425 11:48 | EX - External Disbursement | 4501213 | 34430 | CJ | ~BOOKSAMILLION | $0.00 | $26.74 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4590842 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4590843 | | CJ | | $0.00 | $0.00 | $0.36 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655931 | | CJ | ~Canteen Date : 20050523 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4683704 | | CJ | ~Canteen Date : 20050527 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4752665 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4752666 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4839408 | | CJ | ~Canteen Date : 20050627 | $0.00 | $2.95 | $0.00 | $0.00 |
| 20050711 22:30 | CN - Canteen | 4912124 | | CJ | ~Canteen Date : 20050711 | $0.00 | $1.69 | $0.00 | $0.00 |
| 20050712 09:11 | ML - Mail | 4913289 | 113 | CJ | ~BARBARA BROWN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050712 09:11 | MA - Maintenance and Administration | 4913292 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4927962 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4927963 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20050801 22:30 | CN - Canteen | 5024970 | | CJ | ~Canteen Date : 20050801 | $0.00 | $19.14 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5042840 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20051011 10:08**

| | | | |
|---|---|---|---|
| Commit# : | W69773 | **MCI CEDAR JUNCTION** | Page :  2 |
| Name  : | BROWN, ROBERT, , | **Statement From**  20050301 | |
| Inst  : | MCI CEDAR JUNCTION | **To**  20051011 | |
| Block  : | BLOCK 3 | | |
| Cell/Bed : | 6 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050803 16:52 | IS - Interest | 5042841 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20050808 22:30 | CN - Canteen | 5079489 | | CJ | ~Canteen Date : 20050808 | $0.00 | $3.67 | $0.00 | $0.00 |
| 20050815 10:48 | AT - Account Transfer | 5112030 | | CJ | ~FILING FEE~W69773 BROWN,ROBERT  PERSONAL | $8.64 | $0.00 | $0.00 | $8.64 |
| 20050815 10:49 | EX - External Disbursement | 5112034 | 35626 | CJ | ~MIDDLESEX SUPERIOR COURT S/P | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050815 10:49 | MA - Maintenance and Administration | 5112036 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050824 23:24 | PY - Payroll | 5165254 | | CJ | ~20050807 To 20050813 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20050824 23:24 | PY - Payroll | 5165255 | | CJ | ~20050807 To 20050813 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20050831 23:22 | PY - Payroll | 5195750 | | CJ | ~20050814 To 20050820 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050831 23:22 | PY - Payroll | 5195751 | | CJ | ~20050814 To 20050820 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5250509 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5250510 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| | | | | | | $98.36 | $148.79 | $6.66 | $8.64 |

| | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $3.00 | $104.39 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $3.00 | $104.39 | $14.99 | $0.00 | $14.99 | $0.00 |